Part 2, section D

Wyoming County Jail - failed to provide their staff with proper medical training or first aid training. Not only did they not show any compassion for my well being or that they could care less about me. They completely treated me with deliberate indifference to my serious medical needs. I was left laying in my cell from approx. 7 am. till 9:30 pm. on the 25th of January 2019. I never had a headache so bad in my life and as the day went on while lying in my cell I could feel my right side going numb. I was scared to death, I knew something serious was wrong and I told staff about it. I really didn't know if I was going to live or die and what was worse than that was nobody really cared. When I said they I was meaning staff. Then finally at 9:30 pm. that night I told corporal Wildenstien that there was something seriously wrong with me and he looked at me and said absolutely. He told C.O. Tennesee to wheel me down to the nurse's office because I couldn't walk. I sat there and listened to Wildenstien argue with the nurse or someone for approx. 2 hrs. before he finally had the guts to say there's something seriously wrong with Murray and that he was calling the ambalance and did. I got out of the hospital on the 30th of January 2019. As I sat in the wheel chair waiting with Sargent Mirach for a nurse to

sign me out, she finally came and she asked him if the jail had proper facilities for my care and he said absolutely. That was a blatent lie. We got back to the jail and I was immediately put in the hole for 6 days. The hole is solitary confinement that's where inmates go for punishment. It was over two months before I went back to the doctors. It turned out I suffered several strokes while I was left in my cell on that day.

Corporal Gene Clark - She was the officer in charge of 1st shift that day. Around 7:30 or so on the morning of the 25th of January I was really feeling terrible and I told Corporal Rosenbaum. He said he'd have to tell Ms. Clark and when he came back he told me she said for me to stay in bed. Then I had support court via computer in the jail library at 1:00 pm. I was in such bad shape by that time Corp. Rosenbaum and C.O. Polluck had to physically carry me to the library and back from the library. You'd think that would've told Ms. Clark there was something wrong with me. Anyway, as we arrived back at my block Ms. Clark and the nurse were handing out afternoon meds. Mr. Rosenbaum asked Ms. Clark as him and Polluck were holding me, what she wanted him to do with me. He told her there was something seriously wrong with me and she said throw him back in bed, there's nothing wrong with him, that's where he's been all day anyways. So they through me back in bed.



Jail Nurse - I would've thought that she would've come over to examine me after Mr. Rosenbaum said there was something wrong with me. The fact that 2 guards were carrying ~~me~~ me should've gave her a clue that something was wrong with me. But she choose to do nothing. The nurse and Ms. Clark's lack of action clearly demonstrates deliberate indifference to my serious medical needs. A clear violation of the Eighth Amendment.

Sargent Mirach - Had the chance to tell the nurse at Geisinger the truth about the jail having the capabilities to handle my care. Instead he choose to lie. I guess the jails capabilities for my health care was Solitary Confinement because that's where he put me for six days. The doctor told me I should've been in physical therapy as soon as I was able. He said if a person doesn't get therapy within aprox. 2-3 wks after having a stroke his chances of gaining back full mobility is slim to none. Mr. Mirach's actions cheated me out of ever finding out if therapy would've worked for me or not. Now I'm permanently disabled. He cheated me out of at least another 15-20 yrs. of union gas company work, let alone the pain and suffering I go through everyday. Sure I could take opiates for the pain but who really wants to risk the chance of addiction and everything else that comes with opiate use. So I choose not to take them.

Part 4, Section D - I woke up about 6:30 a.m. on the morning of January 25, 2019 and knew right of way there was something wrong. I barely made it out of my cell to the breakfast table. I took one bite of toast and staggered back into my cell and threw up. I told corporal Rosenbaum there was definately something wrong with me and he said he'd have to tell Corporal Clark who was in charge of first shift. He came back and told me she said to stay in bed. At 1:00 p.m. that afternoon I had support court in the jail library via computer. I told Rosenbaum my right side was going numb and I just didn't feel well and there was no way I was walking anywhere. So him and C.O. Polluck physically carried me to and from the library. As we got back to my block the nurse and Clark were handing out afternoon meds. As they stood there holding me Rosenbaum asked Clark what she wanted them to do with me and she said throw him back in bed, that's where he's been all morning anyway. Obviously there was something wrong with me. The nurse and corporal in charge clearly demonstrated deliberate indifference by their actions of chosing to do nothing. You would have thought that the nurse seeing the condiction I was in would have at least examined me. So I laid there some more. Later on around 8-8:30 p.m. I told this C.O. Tennesee there was something seriously wrong with me. He left and came back and said the nurse had already left. At about 9:30 I told Tennesee I need to go to the hospital. He got corporal Wildenstien and he told Tennesee to wheel

me down to the nurse's office. After ~~arg~~ argueing for 2 hours Wildenstien finally called the paramedics. They got there around midnight. When I got out of the hospital on the 30th sargent Mirach denied me medical treatment and threw me in solitary confinement better known as the hole for 6 days. If I would have received more medical treatment and sooner treatment for sure my prognosis might have been different. But I was cheated out of that chance because of their deliberate indifference to my medical needs.



Part 7, section F #2 - I told this guard on 2nd shift they call Tennesee that there was something seriously wrong with me. It was approx. around 6:30 pm. He left then came back and said the nurse had already left for the weekend earlier at around 5:00 pm. Then around 9:30 pm, I said to Tennesee "I need to go to the hospital." He left and came back with Corporal Wildenstien who told him to wheel me down to the nurse's office and he did. I sat there scared and in such pain for approx. 2 hours. Finally Wildenstien after argueing for the past 2 hours with the nurse or whoever it was finally got the guts to say something is wrong with murray, I'm calling the ambalance and he did. He probably saved my life. The paramedics probably got there around Midnight. It took 17 hours before I got real medical treatment. If that don't constitute deliberate indifference to my medical needs I guess I don't know what would.