

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT of PENNSYLVANIA**

**U.S. Courthouse**
**240 West Third Street, Suite 218**
**Williamsport, PA 17701-6460**
Internet Address: www.pamd.uscourts.gov

**PETER WELSH**
**Clerk of Court**

January 22, 2021

Robert J. Murray
QA-2794
SCI Dallas
SPECIAL MAIL - OPEN ONLY IN THE
PRESENCE OF THE INMATE
1000 Follies Road
Dallas, PA 18612

RE:   Murray vs. Wyoming County Jail, et al.   /   4:21-CV-122

Dear Pro Se Plaintiff/Petitioner:

Receipt is acknowledged of the document noted at the foot of this letter, subject as captioned above.

If you have simultaneously filed the proper application to proceed *in forma pauperis*, the matter has been forwarded to the court for consideration. If you have not filed the proper application to proceed *in forma pauperis*, an Administrative Order will be issued to you directing you to do so, together with the forms. Upon receipt of the **COMPLETED** and **SIGNED** forms, your case will then be forwarded to the Court for consideration

Pro Se plaintiffs and petitioners are advised that they have an affirmative obligation to keep the court informed of his or her current address. If the plaintiff/petitioner changes his or her address while the lawsuit is being litigated, the plaintiff/petitioner shall immediately inform the court of the change in writing.

                 Very truly yours,

                 PETER WELSH, Clerk of Court
                 By: L.G.,   Deputy Clerk


[   ]   Petition for Writ of Habeas Corpus          [ X ]   Complaint

[   ]   Other