4:21CV122
Complaint Deemed Filed

```
Court Name: District Court
Division: 3
Receipt Number: 333074725
Cashier ID: aoswald
Transaction Date: 01/26/2021
Payer Name: ROBERT J. MURRAY

PLRA CIVIL FILING FEE
 For: ROBERT J. MURRAY
 Case/Party: D-PAM-4-21-CV-000122-001
 Amount:         $402.00

Paper Check Conversion
 Check/Money Order Num: 27294450017
 Amt Tendered:    $402.00

Total Due:      $402.00
Total Tendered: $402.00
Change Amt:       $0.00


Only when bank clears the check or
verifies credit of funds is the fee
or debit officially paid or
discharged. A $53.00 fee will be
charged for returned checks.
```