**NEWMAN | WILLIAMS**
A PROFESSIONAL CORPORATION

BY: GERARD J. GEIGER, ESQUIRE　　　　　Attorney for Defendants: Jean Clark and Ronald
IDENTIFICATION NO. 44099　　　　　　　　Murach
LAW OFFICES
712 MONROE STREET
P.O. BOX 511
STROUDSBURG, PA 18360-0511
(570) 421-9090 (voice)
(570) 424-9739 (fax)
ggeiger@newmanwilliams.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| ROBERT J. MURRAY, | No. 4:21-CV-00122-MWB-EBC |
|---|---|
| Plaintiff, | |
| v. | Jury Trial Demanded |
| WYOMING COUNTY JAIL, et. al., | |
| Defendants | |

**Entry of Appearance**

To the Clerk of Courts:

　　　　Please enter my appearance for defendants:

1.　　Jean Clark, incorrectly identified as "Gene Clark;" and

2.　　Ronald Murach, incorrectly identified as "Sergeant Mirach."

　　　　　　　　　　　　　NEWMAN | WILLIAMS

　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Gerard J. Geiger, Esquire
　　　　　　　　　　　　　　　　Attorney I.D. # PA 44099

Date: February 19, 2021

## Certificate of Service

I hereby certify that on this date, I served a true and correct copy of the foregoing document on pro se plaintiff via 1st class mail, addressed as follows:

Robert J. Murray QA2794
SCI – Dallas
SPECIAL MAIL – OPEN ONLY IN
THE PRESENCE OF THE INMATE
1000 Follies Road
Dallas, PA 18612

                                      NEWMAN | WILLIAMS

                                      By: _____
                                              Gerard J. Geiger, Esquire
                                                Attorney I.D. # PA 44099

Date: February 19, 2021