IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT J. MURRAY, | No. 4:21-CV-00122 |
| Plaintiff, | (Judge Brann) |
| v. | |
| GENE CLARK, *et al.*, | |
| Defendants. | |

## ORDER

**FEBRUARY 24, 2021**

**AND NOW**, upon consideration of Plaintiff's complaint pursuant to 28 U.S.C. § 1983,[1] in which he names as a Defendant "Jail Nurse, Wyoming County Jail", and it appearing that there exists insufficient information to serve this Defendant, **IT IS HEREBY ORDERED** that Plaintiff shall **FILE** with the Court, on or before March 24, 2021, additional information concerning the identity of this Defendant, including an accurate name and mailing addresses. Failure to comply with this directive will result in dismissal of this Defendant pursuant to Federal Rule of Civil Procedure 4(m).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[1] Doc. 1.