IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT J. MURRAY, | No. 4:21-CV-00122 |
| Plaintiff, | (Judge Brann) |
| v. | |
| GENE CLARK, *et al.*, | |
| Defendants. | |

### ORDER

**APRIL 2, 2021**

**AND NOW**, upon consideration of the filing of an Answer,[1] the parties are advised of the following scheduling deadlines:

1. Discovery shall be completed on or before September 8, 2021. In accordance with Local Rule of Court 5.4 (b), the parties shall refrain from filing discovery requests with the Court;

2. On or before September 20, 2021, the parties shall NOTIFY the Court as to whether they are agreeable to participating in mediation;

3. Dispositive motions shall be FILED on or before September 29, 2021;

4. No extensions of the pre-trial schedule shall be granted absent good cause;[2]

---

[1] Doc. 9.
[2] *See* FED.R.CIV.P. 16(b).

5. Any motions or briefs filed after the expiration of the applicable deadline without prior leave of court shall be stricken from the record; and,

6. The scheduling of a final pre-trial conference and trial is deferred pending disposition of dispositive motions.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge