IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT J. MURRAY, | No. 4:21-CV-00122 |
| Plaintiff, | (Judge Brann) |
| v. | |
| GENE CLARK, *et al.*, | |
| Defendants. | |

### ORDER

**MAY 19, 2021**

**AND NOW**, upon consideration of Plaintiff's failure to provide the Court with additional information to identify and effect service upon Defendant "Jail Nurse, Wyoming County,"[1] **IT IS HEREBY ORDERED** that this Defendant is **DISMISSED** pursuant to Federal Rule of Civil Procedure 4(m). The Clerk of Court is directed to **NOTE** on the docket that this Defendant is terminated.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[1] On February 24, 2012, I directed Plaintiff to provide identifying information for the purpose of effecting service and notified him that his failure to provide such information on or before March 24, 2012, would result in dismissal of the Defendant pursuant to Federal Rule of Civil Procedure 4(m). (Doc. 8). Plaintiff failed to respond to this Order.