FILED
WILLIAMSPORT
AUG 02 2021
PER_____ DEPUTY CLERK

7-28-21

Dear Honorable Judge Brown or Mr. Welsh,

I'm sorry, I wasn't sure who I was supposed acknowledge for this matter. I need more time than the September 8, deadline. The attorney I thought was going to handle this matter has apparently pulled out for some reason. I've been trying, trying, and trying to contact him but was unseccessful. I've talked to his secretary multiple times and he's never in, he's in a meeting, or he'll call me and I never heard anything. The last contact was the medical release forms he sent me which I filled out and sent back. The attorney's name is Curt Parkins. I'm sure you can see the unfortunate situation that I'm in. It would be greatly appreciated that I be granted as much time as possible in order to find another attorney or try to figure out how to represent myself. I have no money to simply hire another attorney. The attorney I had was doing it for 40% of the damages he recovered. It is very hard to get anything accomplished while being in this place. I get out on June 1, 2022, unfortunately that's still 10 months away. Thank you for your time and consideration.

Sincerely,
Robert J. Murray
*Robert J. Murray*

No.# 4:21-CV-00122