FILED
WILLIAMSPORT
AUG 10 2021
PER_____ DEPUTY CLERK

8-4-21

Not sure who to address really.

Dear Your Honor or Mr. Welsh,

As you know I'm incarcerated at SCI-Dallas in Dallas, PA. I was hoping to get an extension on the September 8, 20, 29 deadlines for case No. 4:21-CV-00122. The reason why is because the attorney I thought was going to represent seems to have fallen off the face of the earth. All I've been told by his assistant is he's busy, out of the office, or he's still waiting on medical records. He wasn't officially on my case but I don't understand why he would string me along. Anyway I need as much time as possible because I'm going to have to represent myself and I have no idea what a discovery even is let alone anything else. Please take into consideration my request and reason for it. Thank you.

P.S. I know I've already sent you a letter but the mail system here sucks.

Sincerely,
Robert Murray
Robert Murray
inmate #- QA2794