Hi,

8-8-21

FILED
WILLIAMSPORT
AUG 16 2021
PER NR
DEPUTY CLERK

Not sure who to address really;

Dear Your Honor or Mr. Welsh,

As you know I'm incarcerated at SCI-Dallas in Dallas, PA. I was hoping to get an ajournment on the September 8, 20, 29, deadlines for case No. 4:21-CV-00122. The reason why is because the attorney I thought was going to represent me seems to have fallen off the face of the earth. All I've been told by his assistant is he's busy, out of the office, or he's still waiting on medical records. He wasn't offically on my case but I don't understand for the life of me why he would string me along for six months. Anyway I need as much time as possible because I'm going to have to represent myself and I have no idea what a discovery even is, let alone anything else. Please take into consideration my request and reason for it. Thank you. Anything you send me could you also send to my son Eric Murray please. I'm sure you have a copy of the P.O.A, he's the one who originally filed for me. That will better my chances of receiving whatever you send.

P.S. If you are in fact getting these letters I'm sorry about bombarding you with them. But I've had alot of mail go missing.

Sincerely,
Robert Murray

Robert Murray

QA 2794

over →

Smart Communications/PADOC
SCI-Dallas

NAME Robert Murray

NUMBER QA 2794

SCI-DALLAS
1000 Follies Road
Dallas, PA 18612

`Inmate mail`

Office of the Clerk
U.S. District Court
Middle District of PA.
U.S. Courthouse, Suite 218
240 West Third Street
Williamsport, PA. 17701-6460



U.S. POSTAGE>> PITNEY BOWES

ZIP 18612
02 4W
0000356685 AUG 09 2021

$ 000.51⁰