UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT MURRAY,** | : | Civil No. 4:21-CV-00122 |
| | : | |
| **Plaintiff,** | : | |
| | : | (Chief Judge Brann) |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| **GENE CLARK, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

This is a *pro se* civil rights action. The plaintiff has filed a motion seeking additional time in which to locate and retain counsel. (Doc. 12). This motion is GRANTED in that the plaintiff shall notify the court on or before **September 8, 2021** regarding whether he has retained counsel or is proceeding as his own counsel in this case.

So ordered this 17th day of August 2021.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge