Dear Your Honor Carlson; 8-22-21

Sir, I guess I don't understand what your latest correspondence means. I understand that you granted my motion seeking additional time to locate and retain counsel but the deadline date of September 8, 2021 is still the same. Everything I do Sir has to be done by mail and as I have explained the mail system here is not reliable at all and that's an under statement. Therefore that is why I requested for more time. As much as you can grant me Your Honor. I just don't have the know how to proceed as pro se Sir. I wish I did, nobody knows what happened better than myself. One tends not to forget a life altering event as I have had. I'm sorry about all the letters Your Honor, but I wanna be sure one finds you. Could you please keep sending my son whatever you send me. I certainly appreciate it Your Honor Sir.

Sincerely,
Robert J. Murray
Robert J. Murray

Civil No. 4:21-CV-00122

FILED
WILLIAMSPORT
AUG 25 2021
PER _____
DEPUTY CLERK