FILED
HARRISBURG, PA
SEP 03 2021
JBC
DEPUTY CLERK

Dear Your Honor Carlson; 8-30-21

Sir, Somehow there's been some confusion as to rather I sent you a letter requesting an ajournment. My son talked to a lady at the Harrisburg office and she suggested I mail another letter, so here it is. The deadline is September 8, I need that extended for as long as you can your Honor. I already mailed you what I call my discovery just because I was unsure what was going on. I've mailed multiple letters to the Williamsport office. Now rather they made it out of here is beyond me. That's goes for the same as my discovery that I mailed to your office sir. That should've went out today. The mail system here is corrupt sir in more ways the one. If you grant me the extension I would like to have an attorney look at that discovery sir. You can keep that one though, I have a copy. If you could please send my son whatever you send me. There should be a P.O.A on file. I hope you receive this and my discovery. Thank you for your cooperation.

Eric Murray
4422 River St.
Scio, N.Y. 14880
585-808-4638

Sincerely,
Robert Murray
Robert Murray

Civil No. 4:21-CV-00122

Dear Your Honor Carlson;

Sir, I guess I don't understand what your latest correspondence means. I understand that you granted my motion seeking additional time to locate and retain counsel but the deadline date of September 8, 2021 is still the same. Everything I do Sir has to be done by mail and as I have explained the mail system here is not reliable at all and that's an under statement. Therefore that is why I requested for more time. As much as you can grant me Your Honor. I just don't have the know how to proceed as pro se Sir. I wish I did, nobody knows what happened better than myself. One tends not to forget a life altering event as I have had. I'm sorry about all the letters Your Honor, but I wanna be sure one finds you. Could you please keep sending my son whatever you send me. I certainly appreciate it Your Honor Sir.

Sincerely,
Robert J. Murray
*Robert J. Murray*

Civil No. 4:21-CV-00122

Smart Comm./PADOC
SCI-Dallas
Robert Murray
QA2794
P.O. Box 33028
St. Petersburg, FL. 33733

LEHIGH VALLEY PA 180
31 AUG 2021 PM 2

Office of the Clerk
U.S. District Court
Middle District of PA.
U.S. Court House
228 Walnut St.
P.O. Box 983
Harrisburg, PA.
17108-0983



RECEIVED
HARRISBURG, PA
SEP 3 2021
PER _____
DEPUTY CLERK

"Inmate Mail - PA DEPT OF CORRECTIONS"