IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT J. MURRAY, | No. 4:21-CV-00122 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| GENE CLARK, *et al.*, | |
| Defendants. | |

# ORDER

### SEPTEMBER 9, 2021

**AND NOW**, upon consideration of Plaintiff's motion[1] to extend time to obtain counsel, and it appearing that Plaintiff likewise requests an extension of the case management deadlines in this case,[2] **IT IS HEREBY ORDERED** that:

1. The motion (Doc. 18) is **GRANTED**;

2. Discovery shall be completed on or before November 8, 2021. In accordance with Local Rule of Court 5.4(b), the parties shall refrain from filing discovery requests with the Court;

3. On or before November 20, 2021, the parties shall NOTIFY the Court as to whether they are agreeable to mediation;

4. Dispositive motions shall be FILED on or before November 29, 2021;

---

[1] Doc. 18.
[2] *See id.*; *see also* Doc. 13.

5. No further extensions of the pre-trial schedule shall be granted absent good cause[3];

6. Any motions or briefs filed after the expiration of the applicable deadline without prior leave of court shall be stricken from the record; and,

7. The scheduling of a final pre-trial conference and trial is deferred pending disposition of dispositive motions.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[3] *See* FED. R. CIV. P. 16(b).