FILED
WILLIAMSPORT
OCT 04 2021
PER \_\_\_\_ DEPUTY CLERK

Dear Mr. Peter Welsh, 9-29-2021

As you know I was granted an extension by Judge Brann until November 8, 2021 in order to try and retain counsel. Unfortunately I have yet to do so. Its certainly not for lack of trying. Therefore, I must procede with this civil rights action as pro se, just in case I'm unable to retain counsel. I was told by a fellow who went through a similar situation that I needed to talk to the court clerk about information on how I go about subpoenaing four people who are very important to my case, vital really. So that is what I need and am asking for, if possible Mr. Welsh please. I hope you are able to mail that information as quickly as possible. Thank you very much for your help and cooperation.

P.S. Could you also mail information to my son to please.

Sincerely,
Robert J. Murray
*Robert J. Murray*

Eric Murray
4422 River St.
Scio, N.Y. 14880

Case No. 4:21-CV-00122