FILED
HARRISBURG, PA

OCT 1 2 2021

PER _____
DEPUTY CLERK

10-5-21

To Whom it may Concern,

I sent my completed Discovery or what I thought to be a completed Discovery, to the courthouse on Walnut St. in Harrisburg, to Judge Carlson. I mailed that on Monday, August 30, 2021. That was mailed in haste because I didn't think I was going to be granted an extension. With this extension I'm hopeful I'll receive my medical records, documents from social security, and records from Tunkhannock Ambulance. Therefore, I'll be able to better prepare my discovery if I'm unable to find counsel and have to represent myself going forward with this matter.

The reason why I'm writing to you is because I'm hoping you can mail that Discovery back to me. I made the mistake of mailing you the last copy of it for some ignorant reason and I surely need it back if possible.

The other reason why I'm writing to you is that I was informed at the law library that I could get an information packet explaining how to file a Civil Suit under the 1983 Civil Stature.

The final reason is that I was wondering if I can call 717-221-3920 to talk to you or someone else. Its just to give me a little peace of mind so I can make sure you get stuff that I mail to you. As I've explained before the mail system here is not reliable at all. It will ask if you will accept a call from a correctional institution, but it is not a collect call. It's just letting you know that it's a call from a prison.

Thank you for your time and consideration.

Casse # 4:21-CV-00122

Sincerely,

Robert J. Murray

*Robert J. Murray*

Smart Communications/PADOC
SCI-Dallas

NAME Robert Murray

NUMBER QA2794

Inmate mail

U.S. POSTAGE >> PITNEY BOWES

ZIP 18612 $ 000.53⁰
02 4W
0000356685 OCT 06 2021

SCI Dallas
1000 Follies Rd
Dallas PA 18612

RECEIVED
HARRISBURG, PA.
OCT 12 2021
PER _____
DEPUTY CLERK

Office of the Clerk
U.S. District Court
Middle District of PA.
U.S. Courthouse
228 Walnut street
P.O. Box 983
Harrisburg, PA. 17108