FILED
HARRISBURG, PA
OCT 1 2 2021
PER _____
DEPUTY CLERK

To Whom it may Concern,          10-5-21

As you know I was granted an extension by Judge Brann until November 8, 2021 in order to try and retain counsel. Unfortunately I have yet to do so. Its certainly not for lack of trying. Therefore, I must procede with this civil rights action as pro se, just in case I'm unable to retain counsel. I was told by a fellow who went through a similar situation that I needed to talk to the court clerk about information on how I go about subpoenaing four people who are very important to my case, vital really. So that is what I need and am asking for, if possible Mr. Welsh please. I hope you are able to mail that information as quickly as possible. Thank you very much for your help and cooperation.

P.S. Could you also mail information to my son to please.

Sincerely,
Robert J. Murray
*Robert J. Murray*

Eric Murray          Case No. 4:21-cv-00122
4422 River St.
Scio, N.Y. 14880

Smart Communications/PADOC
SCI-Dallas

NAME Robert Murray
NUMBER QA2794

SCI Dallas
1000 Follies Rd
Dallas PA 18612

Inmate mail

RECEIVED
HARRISBURG, PA
OCT 12 2021
PER_____
DEPUTY CLERK

Office of the Clerk
U.S. District Court
Middle District of PA.
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17108