FILED
WILLIAMSPORT
OCT 19 2021
PER_____ DEPUTY CLERK

To The Honorable Judge Brann,       10-13-21

I would like to file an amendment to my original filing which was presented to the court on January 22, 2021. The amendment is for adding two defendants to the original list. The first defendant is Warden of the Wyoming County Jail Kenneth Repsher. The other is Wyoming County Commissioner Tom Henry. Obviously I'm having trouble finding an attorney and I'm not one as you can plainly tell. I'm doing my best Sir. As far as the Attorney its not from lack of trying, both me and my son are trying. I hope this amendment is sufficient enough your Honor. Thank you for your time and understanding. I have also sent Mr. Welsh a letter asking for information or paperwork on how to subpoena my witnesses. I've also sent letters to the jail along with a medical release form requesting my records and I still have not received anything. I've also sent letters to Ms. Adams the Clerk of court and to the Commissioners, Mr. Wilbur, Mr. King and Mr. Henry. Mr. Wilbur and Mr. King were not county commissioners when I was basically left to die in my cell, in my opinion. I have enclosed the letters I sent to the Wyoming County officials. Again, thankyou for your time and understanding your Honor.

Case No.- 4:21-CV-00122

Sincerely,
Robert J. Murray
Robert J. Murray