To The Honorable Judge Brann;        10-18-21

I really don't even know where to start your Honor Sir. I've sent letter after letter to 3 different Wyoming County commissioners and the Court clerk requesting information and have heard nothing. I also sent a letter and release form directly to the Medical Director of the jail and also have heard nothing. I've sent out 21 letters to 21 different lawyers, 5 of them were certified and I never got one response. That does not even include all the lawyers I wrote to while I was in the county jail. I'm sure they went right in the garbage though. As you and your clerk can tell Sir, I've been trying to represent myself and it's quite obvious I have no idea what the hell I'm doing. I think I'm at a point of a nervous break down your Honor Sir. I don't know what else to do or how to do it if I did. I'm scared and worried that if I have to keep representing myself I'm going to fail miserabley. I get out in June, God willing. I'll be forced to live on $1987.00/month. That just isn't fair Sir and frankly I don't know how I can live on that. The decisions of the county jail employees that day cost me my way of living and now I have a life time of pain and suffering to look foward to. I Pray Your Honor if you're allowed by law and will out of the

goodness in your soul, please appoint me an attorney. I have enclosed copies of the cash slips to show the different lawyers I've tried and the letters and release form I sent to the jail and the Wyoming County Commissioners. Thank you for your time and consideration your Honor sir.

case# 4:21-CV-00122

Sincerely,
Robert J. Murray
Robert J. Murray

SCI-Dallas QA2794
Robert Murray
P.O. Box 33028
St. Petersburg, FL. 33733

The Honorable Chief Judge Brann
U.S. District Court
Middle District of PA.
U.S. Courthouse suite 218
240 West Third Street
Williamsport, PA. 17701-6460



Inmate mail