Dear Ms. Adams,                                    10-13-21

I'm currently incarcerated at SCI-Dallas in Dallas, PA. my institutional # is QA 2794. I'm currently representing myself in an ongoing civil matter involving employees from the Wyoming County Jail. The reason why I'm writing is because I was advised to contact the Clerk of Courts about subpoenaing my witnesses and information pertinent to my case. That you would have the proper paperwork in order for me to properly file the subpoenas. I'm going to have Ten witnesses and some information to subpoena. I have to file my discovery by November 8, 2021 with the U.S. District Court for the Middle District of Pennsylvania. Thank you for your time and cooperation.

Case No. 4:21-CV-00122

Sincerely,
Robert J. Murray
Robert J. Murray

Mr. Henry                                                 10-13-21

I realize that this is not covered by the right to know law, but I figured I would ask for it in good faith anyway. Although I'm prepared to subpoena this information if neccessary. I need the information telling when I myself, Robert J. Murray, was in solitary confinement better known as the hole for six consecutive days. I was placed in the hole the very same day I got back from Giesinger. I was at Giesinger from very early Saturday morning the 26th of January to the following Monday afternoon on the 30th of January 2019. Their dianogsis was that I suffered multiple strokes. That's the same records the jail has and that I to have requested and haven't received yet. We got back to the jail at about 3:30 and Sargent Mirach put me in the hole immediately. I stayed in the hole until February 4th or 5th. That still puzzles me to this day. The only thing I could figure was, it was intimidation to keep me quiet and to punish me for costing the county a bunch of money or maybe both. I'm curious to see if my records the jail has match up to records that I received from Geisinger. Thank you for your time and consideration.

                                              Sincerely,
                                              Robert J. Murray
Robert J. Murray

Dear Mr. Wilbur or Mr. King,                    10-13-21

My name is Robert Murray, I'm currently incarcerated at SCI-Dallas. My institutional number is QA2794. I need and am entitled to, in accordance to the Right To Know Law, a copy of the Inmate Health Care Plan for 2019. For the Wyoming County Correctional Facility in Tunkhannock, PA located on 10 Stark St. I also need copies of your corrections department policy on Staff Development and Training in the following areas: ① response to health-related situations, within four minutes upon notification/realization of the emergency; ② recognition of the signs and symptoms, and knowledge of action required in potential emergency situations; ③ administration of first aid; ④ methods of obtaining assistance (summoning help); these are just to name a few. Also where, when, and from whom the training was provided, in reference to the 2019 calander year. In particular the development and training of certain corrections officers including Warden, Mr. Repsher, Corporal Clark, Corporal Rosenbaum, Corporal Wildenstien, Sargent Mirach, and Officer Polluck. I've also been informed that in accordance to the Right to know Law I can also request the salaries of said officers for the above mentioned calander year of 2019. I would like to also know when they started working at the

correctional facility and for how long.

In the previously mentioned year who was the medical director from January to May at the jail? How long was this person director and what was their salary? This question will be easier, its much more specific. Who was the nurse that worked first shift on Friday, January 25, 2019? How long had she worked there as the nurse and what was her salary?

I am representing myself in an on going matter and this information is pertinent to its success going foward. I was advised to try to obtain this information informally and that I would more than likely be denied. I am more than willing to subpoena this information if needed, and more. I have lots of time on my hands. Thank you for your time and consideration. I am looking foward to hearing from you.

Sincerely,

Robert J. Murray

Robert J. Murray
SCI-Dallas QA-2794
1000 Follies Road
Dallas, PA. 18612

**DC-138A**

# CASH SLIP

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

## 1. REQUISITIONING INMATE

| DOC NUMBER | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| QA2794 | Robert Murray | H-2 | 10-13-21 |

## 2. ITEMS TO BE CHARGED TO MY ACCOUNT

proof

Clerk of County
Cindy Adams
Courthouse Square
Tunkhannock, PA. 18657

**H BLOCK APPROVAL**
☑ Signature Verified
☑ Identification Verified
Robert  10/13/21
Block CO Signature & Date

### 3. INMATE'S SIGNATURE
Robert Murray

### 4. OFFICIAL APPROVAL

### 5. BUSINESS OFFICE SPACE

| CHARGE ENTERED | DATE | BOOKKEEPER |
|---|---|---|
| $ 0 | OCT 14 2021 | Annie Risk |

---

**DC-138A**

# CASH SLIP

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

## 1. REQUISITIONING INMATE

| DOC NUMBER | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| QA2794 | Robert Murray | H-2 | 10-13-21 |

## 2. ITEMS TO BE CHARGED TO MY ACCOUNT

proof

Wyoming County Commissioner
Tom Henry
Courthouse Square
Tunkhannock, PA. 18657

**H BLOCK APPROVAL**
☑ Signature Verified
☑ Identification Verified
Robert  10/13/21
Block CO Signature & Date

### 3. INMATE'S SIGNATURE
Robert Murray

### 4. OFFICIAL APPROVAL

### 5. BUSINESS OFFICE SPACE

| CHARGE ENTERED | DATE | BOOKKEEPER |
|---|---|---|
| $ | OCT 14 2021 | Annie Risk |



## DC-138A CASH SLIP

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

**1. REQUISITIONING INMATE**

| DOC NUMBER | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| QA2794 | Robert Murray | H-2 | 10-13-21 |

**2. ITEMS TO BE CHARGED TO MY ACCOUNT**

Proof

Wyoming County Commissioner
Mr. Wilbur
Courthouse Square
Tunkhannock, PA. 18657

**H BLOCK APPROVAL**

☑ Signature Verified
☑ Identification Verified

_Roberts 10/13/21_
Block CO Signature & Date

**3. INMATE'S SIGNATURE**
_Robert Murray_

**4. OFFICIAL APPROVAL**

**5. BUSINESS OFFICE'S SPACE**

CHARGE ENTERED $ _____

DATE: OCT 14 2021

BOOKKEEPER: _Ronnie Reish_

---

## DC-138A CASH SLIP

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

**1. REQUISITIONING INMATE**

| DOC NUMBER | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| QA2794 | Robert Murray | H-2 | 10-13-21 |

**2. ITEMS TO BE CHARGED TO MY ACCOUNT**

Proof

Wyoming County Commissioner
Mr. King
Courthouse Square
Tunkhannock, PA. 18657

**H BLOCK APPROVAL**

☑ Signature Verified
☑ Identification Verified

_Roberts 10/13/21_
Block CO Signature & Date

**3. INMATE'S SIGNATURE**
_Robert Murray_

**4. OFFICIAL APPROVAL**

**5. BUSINESS OFFICE SPACE**

CHARGE ENTERED $ _____

DATE: OCT 14 2021

BOOKKEEPER: _Ronnie Reish_



**DC-138A**

**CASH SLIP**

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

**1. REQUISITIONING INMATE**

| DOC NUMBER | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| QA2794 | Robert Murray | H-2 | 10-17-21 |

**2. ITEMS TO BE CHARGED TO MY ACCOUNT**

Postage

Sklarosky Law
Suite 100 Park building
400 Third Ave.
Kingston, PA. 18704

**H BLOCK APPROVAL**
☑ Signature Verified
☑ Identification Verified
J. Miller 10-17-21
Block CO Signature & Date

**3. INMATE'S SIGNATURE**
Robert Murray

**4. OFFICIAL APPROVAL**

**5. BUSINESS OFFICE'S SPACE**

| CHARGE ENTERED $ | DATE | BOOKKEEPER |
|---|---|---|

---

**DC-138A**

**CASH SLIP**

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

**1. REQUISITIONING INMATE**

| DOC NUMBER | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| QA2794 | Robert Murray | H-2 | 10-17-21 |

**2. ITEMS TO BE CHARGED TO MY ACCOUNT**

Postage

Vinsko and Ass. P.C.
37 N. River St.
Wilkes-Barre, PA. 18701

**H BLOCK APPROVAL**
☑ Signature Verified
☑ Identification Verified
J. Miller 10-17-21
Block CO Signature & Date

**3. INMATE'S SIGNATURE**
Robert Murray

**4. OFFICIAL APPROVAL**

**5. BUSINESS OFFICE'S SPACE**

| CHARGE ENTERED $ | DATE | BOOKKEEPER |
|---|---|---|



**DC-138A**

**CASH SLIP**

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

3

**1. REQUISITIONING INMATE**

| DOC NUMBER | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| GA2794 | Robert Murray | H | 8-27-2020 |

**2. ITEMS TO BE CHARGED TO MY ACCOUNT**

Please take out for postage due.

PA ACLU
P.O. Box 11761
Harrisburg, PA.
17108

H BLOCK APPROVAL
☑ Signature Verified
☑ Identification Verified
J. Mills CO-27-20
Block CO Signature & Date

**3. INMATE'S SIGNATURE** (signed)

**4. OFFICIAL APPROVAL**

**5. BUSINESS OFFICE SPACE**

| CHARGE ENTERED | DATE | BOOKKEEPER |
|---|---|---|
| $1.15 | AUG 31 2020 | (signed) Onnie Rank |

---

**DC-138A**

**CASH SLIP**

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

**1. REQUISITIONING INMATE**

| DOC NUMBER | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| QA2794 | Robert Murray | H-2 | 10-17-21 |

**2. ITEMS TO BE CHARGED TO MY ACCOUNT**

Postage
The Belt Law Firm
100 West Union St.
Kingston, PA. 18704

H BLOCK APPROVAL
☑ Signature Verified
☑ Identification Verified
J. MILLER 10-17-21
Block CO Signature & Date

**3. INMATE'S SIGNATURE** Robert Murray

**4. OFFICIAL APPROVAL**

**5. BUSINESS OFFICE'S SPACE**

| CHARGE ENTERED | DATE | BOOKKEEPER |
|---|---|---|
| $ | | |

**DC-138A CASH SLIP**

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

1. REQUISITIONING INMATE

| DOC NUMBER | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| QA2794 | Robert Murray | H-2 | 8-27-21 |

2. ITEMS TO BE CHARGED TO MY ACCOUNT

Postage

Anzalone Law Offices LLC
98 S. Franklin St.
Wilkes-Barre, PA 18701

H BLOCK APPROVAL
☑ Signature Verified
☑ Identification Verified
CO J. Pyk CO J.P. 8-27-21
Block CO Signature & Date

3. INMATE'S SIGNATURE: Robert Murray

4. OFFICIAL APPROVAL
BOOKKEEPER

5. BUSINESS OFFICE'S SPACE
CHARGE ENTERED $1.56
DATE AUG 30 2021

---

**DC-138A CASH SLIP**

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

1. REQUISITIONING INMATE

| DOC NUMBER | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| QA2794 | Robert Murray | H-2 | 8-27-21 |

2. ITEMS TO BE CHARGED TO MY ACCOUNT

Postage

Oliver, Price, and Rhodes
Attorney's at Law
1212 S. Abington Rd.
Clarks Summit, PA 18411

H BLOCK APPROVAL
☑ Signature Verified
☑ Identification Verified
CO J. Pyk 8-27-21
Block CO Signature & Date

3. INMATE'S SIGNATURE: Robert Murray

4. OFFICIAL APPROVAL
BOOKKEEPER

5. BUSINESS OFFICE'S SPACE
CHARGE ENTERED $1.56
DATE AUG 30 2021



**DC-138A — CASH SLIP — COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS**

Form 1 (top):
- 1. REQUISITIONING INMATE
  - DOC NUMBER: QA2794
  - NAME (PRINT): Robert Murray
  - LOCATION: H
  - DATE: 6-24-2020
- 2. ITEMS TO BE CHARGED TO MY ACCOUNT:
  Please take out for postage due.
  Penna. Legal Services
  118 Locust St.
  Harrisburg, PA. 17101
- 3. INMATE'S SIGNATURE: Robert Murray
- H BLOCK APPROVAL: ☑ Signature Verified  ☑ Identification Verified
  CO G.B.  CO J. Pyh 6-24-20
  Block CO Signature & Date
- 4. OFFICIAL APPROVAL
- 5. BUSINESS OFFICE SPACE
  - CHARGE ENTERED: $6.55
  - DATE: 6-25
  - BOOKKEEPER: (signature)

Form 2 (bottom):
- 1. REQUISITIONING INMATE
  - DOC NUMBER: QA2794
  - NAME (PRINT): Robert Murray
  - LOCATION: H
  - DATE: 6-24-2020
- 2. ITEMS TO BE CHARGED TO MY ACCOUNT:
  Please take out for postage due.
  Pro-Bono Services
  Pepper Hamilton, LLP
  3000 Two Logan Square
  Philadelphia, PA. 19103-2799
- 3. INMATE'S SIGNATURE: Robert Murray
- H BLOCK APPROVAL: ☑ Signature Verified  ☑ Identification Verified
  CO G.B.  CO J. Pyh 6-24-20
  Block CO Signature & Date
- 4. OFFICIAL APPROVAL
- 5. BUSINESS OFFICE SPACE
  - CHARGE ENTERED: $6.55
  - DATE: 6-25
  - BOOKKEEPER: (signature)

## Cash Slip 1

**DC-138A**
**CASH SLIP**
**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

03

**1. REQUISITIONING INMATE**

| DOC NUMBER | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| QA2794 | Robert Murray | H | 7-6-2020 |

**2. ITEMS TO BE CHARGED TO MY ACCOUNT**

Please take proper postage due.

The Legal Aid Society
175 Remsen St.
Brooklyn, N.Y. 11201

Could someone please tell me how this letter is more expensive than the one I sent out on the 6th? I don't ever ~~past receipt of the one mailed on~~ H BLOCK APPROVAL ~~the 6th which~~

☑ Signature Verified
☑ Identification Verified

Today. This is the 5th one I mailed like this. The barcode on the front serves as the address just like the other ones. Plus the address is also on the back. Down in the right hand corner of the green card says return receipt. That's Col. G.B. or T. Pugh 7-6-20 Block CO Signature & D.

**3. INMATE'S SIGNATURE** Robert Murray
**4. OFFICIAL APPROVAL** what they mail back to me, that's what makes it certified.

**5. BUSINESS OFFICE SPACE**

| CHARGE ENTERED | DATE | BOOKKEEPER |
|---|---|---|
| $ 6.65 | 7-7 | (signature) |

---

## Cash Slip 2

**DC-138A**
**CASH SLIP**
**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

03

**1. REQUISITIONING INMATE**

| DOC NUMBER | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| QA2794 | Robert Murray | H | 7-27-2020 |

**2. ITEMS TO BE CHARGED TO MY ACCOUNT**

Please take out postage due.

Pennsylvania Prison Society
245 N. Broad St.
Philadelphia, PA. 19107

H BLOCK APPROVAL
☑ Signature Verified
☑ Identification Verified
Block CO Signature & Date (signature 7/27/20)

**3. INMATE'S SIGNATURE** Robert Murray
**4. OFFICIAL APPROVAL**

**5. BUSINESS OFFICE SPACE**

| CHARGE ENTERED | DATE | BOOKKEEPER |
|---|---|---|
| $ 6.55 | 7.28 | (signature) |

DC-138A

# CASH SLIP

03

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

**1. REQUISITIONING INMATE**

| DOC NUMBER | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| QA2794 | Robert Murray | H | 7-6-2020 |

**2. ITEMS TO BE CHARGED TO MY ACCOUNT**

please take proper postage due.

Community Legal Services Inc.
1424 Locust St.
Philadelphia, PA. 19102

H BLOCK APPROVAL
[✓] Signature Verified
[✓] Identification Verified
CO1 [signature] 605 Aph 7-6-20
Block CO Signature & Date

| 3. INMATE'S SIGNATURE | 4. OFFICIAL APPROVAL |
|---|---|
| Robert Murray (signature) | |

**5. BUSINESS OFFICE SPACE**

| CHARGE ENTERED | DATE | BOOKKEEPER |
|---|---|---|
| $ 6.55 | 7.7 | E |

## Cash Slip 1

**DC-138A**

**CASH SLIP**

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS**

3

**1. REQUISITIONING INMATE**

| DOC NUMBER | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| QA2794 | Robert Murray | H | 6-24-2020 |

**2. ITEMS TO BE CHARGED TO MY ACCOUNT**

Please take out for postage due.
Prisoner Advocacy Org.
The Cast Iron Building
718 Arch St. Suite 304 South
Philadelphia, PA. 19106

**H BLOCK APPROVAL**

☑ Signature Verified
☑ Identification Verified

co.g.g. co.s. Pep. 6-24-00
Block CO Signature & Date

**3. INMATE'S SIGNATURE**
Robert Murray

**4. OFFICIAL APPROVAL**

**5. BUSINESS OFFICE SPACE**

| CHARGE ENTERED | DATE | BOOKKEEPER |
|---|---|---|
| $ 6.55 | 6-25 | |

---

## Cash Slip 2

**DC-138A**

**CASH SLIP**

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS**

3

**1. REQUISITIONING INMATE**

| DOC NUMBER | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| QA2794 | Robert Murray | H | 8-27-2020 |

**2. ITEMS TO BE CHARGED TO MY ACCOUNT**

Please take out for postage due.
Ph. A.C.L.U.
P.O. Box 60173
Philadelphia, PA. 19102

**H BLOCK APPROVAL**

☑ Signature Verified
☑ Identification Verified

T. Rollins  08-27-20
Block CO Signature & Date

**3. INMATE'S SIGNATURE**
Robert Murray

**4. OFFICIAL APPROVAL**

**5. BUSINESS OFFICE SPACE**

| CHARGE ENTERED | DATE | BOOKKEEPER |
|---|---|---|
| $ 1.15 | AUG 31 2020 | Onnie Rink |

---

**DC-138A**

# CASH SLIP

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

**3**

### 1. REQUISITIONING INMATE

| DOC NUMBER | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| QA2794 | Robert Murray | H-Block cell-3 | 12-1-2020 |

### 2. ITEMS TO BE CHARGED TO MY ACCOUNT

Please take out for proper postage.

Attorney
Curt Parkins, Esq.
204 Wyoming Ave.
Scranton, PA, 18503

[signatures]
P.W. Dankovich 12/1/2020
Block CO Signature & Date

| 3. INMATE'S SIGNATURE | 4. OFFICIAL APPROVAL |
|---|---|
| Robert Murray | |

### 5. BUSINESS OFFICE SPACE

| CHARGE ENTERED | DATE | BOOKKEEPER |
|---|---|---|
| $ 1.20 | 12/4/20 | [sig] |

---

**CASH SLIP**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

### 1. REQUISITIONING INMATE

| DOC NUMBER | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| | Robert Murray | H | 6-15-2020 |

### 2. ITEMS TO BE CHARGED TO MY ACCOUNT

Take postage Due for this certified
Re postage Due for this certified

Penna. Legal Services
118 Locust St.
Harrisburg, PA.
17101

H BLOCK APPROVAL
[X] Signature Verified
[X] Identification Verified
MGyn 6-15-20
Block CO Signature & Date

| 3. INMATE'S SIGNATURE | 4. OFFICIAL APPROVAL |
|---|---|
| Murray | |

### 5. BUSINESS OFFICE SPACE

| CHARGE ENTERED | DATE | BOOKKEEPER |
|---|---|---|
| | | |

**DC-138A**
**CASH SLIP**

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

**1. REQUISITIONING INMATE**

| DOC NUMBER | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| QA2794 | Robert Murray | H-2 | 8-27-21 |

**2. ITEMS TO BE CHARGED TO MY ACCOUNT**

Please take out for postage

David Robert Struwe
1650 Market St.
Ste. 3600
Philadelphia, PA. 19103-7286

**H BLOCK APPROVAL**
☑ Signature Verified
☑ Identification Verified
co GA co J.P.G 8-27-21
Block CO Signature & Date

**3. INMATE'S SIGNATURE**
Robert Murray

**4. OFFICIAL APPROVAL**

**5. BUSINESS OFFICE'S SPACE**
CHARGE ENTERED  AUG 30 2021  BOOKKEEPER
$ 1.56

---

**DC-138A**
**CASH SLIP**

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

**1. REQUISITIONING INMATE**

| DOC NUMBER | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| QA2794 | Robert Murray | H-2 | 8-27-21 |

**2. ITEMS TO BE CHARGED TO MY ACCOUNT**

Postage

O'Donnell Law Offices
Neil T. O'Donnell
267 Wyoming Ave.
Kingston, PA. 18704

**H BLOCK APPROVAL**
☑ Signature Verified
☑ Identification Verified
J. Miller 8-27-21
Block CO Signature & Date

**3. INMATE'S SIGNATURE**
Robert Murray

**4. OFFICIAL APPROVAL**

**5. BUSINESS OFFICE'S SPACE**
CHARGE ENTERED  AUG 30 2021  BOOKKEEPER
$ 1.56

## DC-138A CASH SLIP

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS**

### 1. REQUISITIONING INMATE

| DOC NUMBER | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| QA2794 | Robert Murray | H-2 | 8-27-21 |

### 2. ITEMS TO BE CHARGED TO MY ACCOUNT

Please take out for postage.

Mark David Taticchi,
One Logan Square
Ste. 2000
Philadelphia, PA., 19103

**H BLOCK APPROVAL**
☑ Signature Verified
☐ Identification Verified

_JD Giscalile Co_ 08/27/21
Block CO Signature & Date

### 3. INMATE'S SIGNATURE
_Robert Murray_

### 4. OFFICIAL APPROVAL

### 5. BUSINESS OFFICE'S SPACE

CHARGE ENTERED: AUG 30 2021
$ 1.56
BOOKKEEPER: _RMC_  _R_____

---

## DC-138A CASH SLIP

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS**

### 1. REQUISITIONING INMATE

| DOC NUMBER | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| QA2794 | Robert Murray | H-2 | 8-27-21 |

### 2. ITEMS TO BE CHARGED TO MY ACCOUNT

Please take out for postage.

Marsh and Ass. LLC
Robert E. Marsh, Jr.
140 Maffet St.
Plains, PA. 18705

**H BLOCK APPROVAL**
☑ Signature Verified
☐ Identification Verified

_JD Giscalile Co_ 08/27/21
Block CO Signature & Date

### 3. INMATE'S SIGNATURE
_Robert Murray_

### 4. OFFICIAL APPROVAL

### 5. BUSINESS OFFICE'S SPACE

CHARGE ENTERED: AUG 30 2021
$ 1.56
BOOKKEEPER: _RMC_  _R_____

## Cash Slip 1

**DC-138A CASH SLIP**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

**1. REQUISITIONING INMATE**

| DOC NUMBER | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| QA 2794 | Robert Murray | H-2 | 10-14-21 |

**2. ITEMS TO BE CHARGED TO MY ACCOUNT**

Postage

Law offices
Pat G. Geckle, LLC
1515 Market St. suite 1200
Philadelphia, PA. 19102

**H BLOCK APPROVAL**
☑ Signature Verified
☑ Identification Verified

Block CO Signature & Date: 10/14/21

**3. INMATE'S SIGNATURE**: Robert Murray

**4. OFFICIAL APPROVAL**

**5. BUSINESS OFFICE'S SPACE**

| CHARGE ENTERED | DATE | BOOKKEEPER |
|---|---|---|
| $1.6 | OCT 15 2021 | |

---

## Cash Slip 2

**DC-138A CASH SLIP**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

**1. REQUISITIONING INMATE**

| DOC NUMBER | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| QA 2794 | Robert Murray | H-2 | 8-27-21 |

**2. ITEMS TO BE CHARGED TO MY ACCOUNT**

Please take out for postage.

Priya Roy
1735 Market St.
Fl. 51
Philadelphia, PA
19103-7599

**H BLOCK APPROVAL**
☐ Signature Verified
☐ Identification Verified

Block CO Signature & Date: 08/27/2021

**3. INMATE'S SIGNATURE**: Robert Murray

**4. OFFICIAL APPROVAL**

**5. BUSINESS OFFICE'S SPACE**

| CHARGE ENTERED | DATE | BOOKKEEPER |
|---|---|---|
| $1.56 | AUG 30 2021 | |