IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT J. MURRAY, | No. 4:21-CV-00122 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| GENE CLARK, *et al.*, | |
| Defendants. | |

### ORDER

#### OCTOBER 25, 2021

**AND NOW**, upon consideration of Plaintiff's motion[1] for leave to amend his complaint, in which Plaintiff seeks to add two additional defendants: Kenneth Repsher, "the Warden of the Wyoming County Jail," and Wyoming County Commissioner Tom Henry,[2] and the Court observing that Plaintiff fails to provide any facts or legal argument to support his motion,[3] and that Plaintiff has also failed to follow Local Rule of Court 15.1, which outlines the procedure for motions to amend pleadings, and the Court noting that this case is well advanced into the discovery stage and dispositive motions are due next month,[4] and the Court thus

---

[1] Doc. 23.
[2] *Id.*
[3] *See generally id.*
[4] *See* Doc. 19.

concluding that there is no basis on which to grant leave to amend, **IT IS HEREBY ORDERED** that Plaintiff's motion to amend, (Doc. 23), is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge