# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT J. MURRAY, | | No. 4:21-CV-00122 |
| Plaintiff, | | (Chief Judge Brann) |
| v. | | |
| GENE CLARK, *et al.*, | | |
| Defendants. | | |

## ORDER

### OCTOBER 25, 2021

**AND NOW**, upon consideration of Plaintiff's numerous letters[1] to the Court

and the Clerk of Court, in which Plaintiff discusses his desire to issue subpoenas to

certain witnesses, asks for return of discovery materials he claims he mailed to the

Court, and expresses frustration with fruitless attempts to get information for his

case from prison officials, and the Court noting that subpoenas for witnesses will

only be necessary if this case goes to trial, and further observing that this case is

well advanced into the discovery stage and dispositive motions are due next

month,[2] **IT IS HEREBY ORDERED** that:

1.  Plaintiff must seek discovery materials from opposing counsel
    pursuant to the applicable Federal Rules of Civil Procedure[3] and Local
    Rules of Court 5.4 and 5.5.

---

[1]   Docs. 20-22, 24.
[2]   *See* Doc. 19.
[3]   *See generally* FED. R. CIV. P. 26-37.

2.      To date, the Court has not received any discovery materials from Plaintiff, and thus Plaintiff's request for return of said materials is **DENIED** as moot.

3.      Should Plaintiff need additional time to complete discovery, he must file a motion for enlargement of time pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule of Court 7.5(a).


                              BY THE COURT:


                              *s/ Matthew W. Brann*
                              Matthew W. Brann
                              Chief United States District Judge