FILED
WILLIAMSPORT

NOV 08 2021

PER _____
DEPUTY CLERK

To Whom it May Concern: Your Honor          10-26-21

    Please take the time to look at and read what I call my discovery. My son Eric Murray, finally received my records from Geisinger. There's 1700 pages of records and two discs of images of my brain. He can e-mail the information anytime. His e-mail is ericmurray2010@gmail.com and his phone # is 585-808-4638.

    I've reached out to many, many different lawyers, 15 to be exact. That's not even including the one's I wrote while in the county jail or the lawyers my son reached out to. Not a single word from any of them. Granted, I didn't have any records yet or the information I researched about strokes.

    I certainly hope you'll find this case worthy of your representation. I'm way beyond stressed out over this crap. I'll be 51 when I get out in June, God willing. I'll be forced to live on $1,887.00/month. That just isn't fair. The decisions of the county jail employees that day cost me my way of living and now I have a lifetime of pain and suffering to look forward to.

                                          Sincerely,

                                          Robert J. Murray

Dear Sir/~~Ma'am~~, Your Honor                                            10-26-21

My name is Robert Murray and I'm 49 years old. I was incarcerated at Wyoming County Jail in Tunkhannock, PA on 12-28-18. I'm hoping that you will be interested in representing me after reading this. I want to sue that county for their negligence. The 9 months that I spent there, I tried reaching out to many attorneys but the guards go through your mail and I'm sure every letter went right in the trash. So I never got any answers to my letters.

My neurologist, Lonnie Stethers from Guthrie Hospital in Sayre, PA said they really screwed up by not providing me with medical attention immediately after suffering several strokes. They also screwed up by not providing me with physical therapy when I got back to the jail from the hospital. Their total disregard for my well being has ruined the rest of my life as I'm disabled now. Social Security declared me disabled on 1-24-19.

I know it's not their fault I had the strokes but it is their fault they left me laying in my cell all day after having the strokes and not getting me any medical attention. Nobody knows how scary it is to be laying there all day in severe pain, not knowing if you were going to live or die. Almost as bad as the pain and suffering was knowing that no one really cared if I lived or died.

Not only did their incompetance destroy my life physically but also financially. All day everyday my right side aches and nothing can be done about it. I have uncontrollable muscle spasms everyday. I have to use a cane and I have no balance. And financially their incompetance cheated me out of at least another 15 years of union wages which equates to a higher pension and higher social security benefits. That's all gone now. I don't have much to look forward to now. My income from SS is around 1900/month and that just sucks. I busted my ass my whole life.

What happened was that I woke up on the morning of 1-25-19 at about 6:30 AM. I knew right away there was something seriously wrong with me. I had the worst headache you could imagine and my vision was messed up. Around 7 AM I barely made it out to breakfast and as soon as I took a bit of toast I knew I was gonna be sick so I stumbled back into my cell. It was Corporal Rosenbaum I told I thought I was having a stroke and that something was seriously wrong with me. He said he would tell Corporal Clark who was in charge of 1st shift. So I just laid there in my cell. It was a little before 1 PM and Rosenbaum came to my cell to tell me I had court. I told him I think I had a stroke and I can't walk. He left and came back with CO Pollock and they physically had to carry me to the library where I had support court via computer. After court they carried me back to my cell. When we got there the nurse and Corporal Clark were at my block handing out meds. Mr. Rosenbaum said to Clark, "there's something seriously wrong with Murray, maybe a stroke, what do you want us to do with him." She said, "there's nothing wrong with him, throw him back in his bed. That's where he's been all morning anyway." I remember exactly what she said because it sounded so callous. She showed no empathy toward me at all. Her and the nurse were laughing, having a good time. It was like I didn't even exist. The damn nurse never even walked over to look at me. That nurse and Corporal Clark should have lost their jobs. So Rosenbaum and Pollock threw me back in bed like they were told to do. I told a CO they call Tennesee who works 2nd shift that something was seriously wrong with me; I think I had a stroke. I told this to Tennessee a couple of different times. The first time was around 5 PM when he came to check on me. He said he thought the nurse had already left, but he would check. I didn't see him again until 7:30. I told him I needed to go to the hospital right away and he said he'd tell Wildenstein. Corporal Wildenstein was the officer in charge of 2nd shift that Friday night on 1-25-19. I continued to lay there until finally Wildenstein showed up at 9:30. He said "Murray you don't look very good." He then told Tennessee to get the wheel chair and take me to the nurse's office. We got there and Wildenstein said let me call the nurse and see what she wants me to do. They argued back and forth for 2 hours while I laid there suffering. Finally he says there's "definitely something wrong with Murray; I'm calling the ambulance" and he did.

The paramedics got there about midnight. After they got me into the ambulance, the driver asked if we were headed to Tyler (the local hospital). The paramedic said no, this man had a stroke. Go to Geisinger. I got out of the hospital in the afternoon of 1-30-19. As Sargent Mirach and I waited in the waiting room, a nurse asked Mirach if the jail was equipped well enough for my care. He flat out lied right to her face and said absolutely. We got back to the jail and guess how they cared for me? They put me in solitary confinement for 6 days. Then to top it off, I had no physical therapy at all and didn't see a doctor for 66 days. That is the whole story and it's the damn truth. I swear on my little girl's life. Everything I said can be verified by records from the jail, paramedics, Geisinger, and the 3 guards I know. I wouldn't say we're best friends but they can't believe how I was treated; how the place is run, and they told me to "sue their asses off and they would be more than happy to testify on my behalf." I've done a little research into the ACLU National Prison Project. It states prison officials are obligated under the 8th amendment to provide prisoners with adequate medical care. Deliberate indifference occurs when a prison official demonstrates if (s)he recklessly disregards a substantial risk of harm to the prisoner. That clearly was the case here. Also stated in the 8th amendment is what a serious medical need is. Some factors courts have considered in determining whether a "serious medical need" is at issue are "(1) whether a reasonable doctor or patient would perceive the medical need in question as important and worthy of comment or treatment; (2) whether the medical condition significantly affects daily activities; and (3) the existence of chronic and substantial pain." A serious medical need is present whenever the failure to treat a prisoner's condition "could result in further significant injury or the unnecessary and wanton infliction of pain if not treated." It's quite obvious that all 3 of these factors have occurred with me. I could go on and on about the deliberate indifferences that have happened to me and my serious medical needs that were blatantly ignored over and over again.

I'm in desperate need of an attorney to represent me in this matter. Thank you for your time and consideration.

Sincerely,
Robert J. Murray
Robert J. Murray

P.S. Just try to imagine the horror going through my mind for that 17 hours I helplessly laid there.

Dear Your Honor, 10-26-21

As you can tell ~~from my typed letter~~, I've been trying to find an attorney for a long time. Like I said, that county jail is full of corruption and all those letters I sent was a waste of time, paper, and stamped envelopes. As stated in the letter, I finally found one, or so I thought. Unfortunately, after I sent the medical releases back I never heard from him again. I talked to his assistants many times. All they did was give me the run around and string me along and I really don't know why. The only thing I can remotely think of is because I'm in this shit hole.

Yes I'm in prison but I'm not the stereo-type person that most people think of when they think about what a convict is. I'm the furthest from that believe me. I'm no bum or deadbeat Dad. I've busted my ass my whole life. I'm in the laborers union local #158 out of Harrisburg. I've cut trees my whole life, the last 20 years. I've worked for many different gas companies. Cutting the trees, then putting the pipe in the ground. I USED TO. I'm disabled now thanks to Wyoming County Jail.

I'm divorced and have raised 4 kids who are adults now. My boys are all successful and are also union laborers and pipeliners too. My daughter is in college and I have a 13 yr old girl from another relationship. She's my pride and joy and she misses her dad.

Just wanted to give you a little back ground info. I'm no pervert and certainly no woman beater. I'm in here because it took me 10 yrs. to figure out I was involved with a genuine psycho. She took everything including my freedom. I'm out in 9 months and I'm sorry for the poor me story. I know it's completely irrelevant.

Anyway, back in January when the suit was filed it was originally against Wyoming County Jail, the jail nurse, Corporal Clark, and Sargent Mirach. Then the US District Court dismissed the suits against the county jail and the jail nurse. I was confused as to why the suit was dropped against the jail and the reasoning was because the jail isn't a person or something ridiculous like that. Then for the nurse they said it was because I didn't know her name. How can the court expect an inmate to know the name of a nurse? They don't wear name tags for Christ sake.

The last 4 pages have to deal with how the people of that jail grossly and repeatedly violated my Eighth Amendment right. That ultimately lead to me being disabled. Since my 8th Amendment was violated do I have a civil rights case by itself. That is part of my evidence as you can tell. I have to file discovery by September 8 and you now have a copy of it. My son will pay for a conciliation if needed. I hope to hear from you soon. Thank you.

Sincerely,

Robert Murray

Robert Murray

I have three witnesses that work at the Wyoming County jail in Tunkhannock, PA.

Corporal Rosenbaum:

He will testify that he was informed, by me, on 1-25-19 at approximately 7:15 am that I was having serious stroke-like symtoms.
He will testify that he informed Corporal Clark of these symtoms and that she ignored my medical condition.
He will testify that he and Officer Polluck had to physically carry me to the Library for my Support Court Video Conference and then had to carry me back to the block.
He will testify that when he and Officer Polluck got back to the block and asked what they were supposed to do with me, Corporal Clark said, "Throw him back into his bed, that's where he has been all day anyway."

Officer Polluck:

He will testify that he and Corporal Rosenbaum had to physically carry me to the Library for my Support Court Video Conference and then had to carry me back to the block.
He will testify to my medical condition as he saw it.
He will testify that when he and Corporal Rosenbaum got back to the block and asked what they were supposed to do with me, Corporal Clark said "Throw him back into his bed, that's where he has been all day anyway."

Corporal Wildenstein:

He will testify to my stroke symptoms and how he had to argue on the phone with the Doctor/Nurse about calling an ambulance.
He will testify that after about two hours he called an ambulance.

To date, this is the Evidence that I have been trying to collect or have collected:

My son Eric has the records from the Tunkannock Ambulance Corp.
The jail records need to be subpeonaed to verify that when I was returned to the jail I was put in the "hole" instead of starting physical therapy.
The jail records or lack of, showing that I received NO physical therapy or saw another qualified Neurologist for over 60 days. My son also has a letter from social security stateing I'm in fact disabled.
I have sent releases to:

Geisinger Medical Center where I went on 1-26-19 where I was diagnosed as having had several strokes.
Jones Memorial Hospital in Wellsville where I started physical therapy in June of 2019.

I have sent multiple letters to SCI-Camphill in Harrisburg requesting my medical records that came with me when I was transferred there from Wyoming County on 12-16-19.

Please Note:

The nine months I was in the county jail I sent numerous letters to many different law firms and never got one response. Not even a denial letter stating they couldn't take my case. The jail was well aware of the pending lawsuit against them and I'm sure as the day is long they were intercepting all my legal mail.