Dear Mr. Brann Your Honor;     11-23-21

FILED WILLIAMSPORT DEC 02 2021 PER DEPUTY CLERK

Thank you so much for conditionally granting my motion for counsel. Even though I'm not sure what that means. I sent letters to all three O'Donnell lawyers. I received letters from Catherine and Michael declining but I never got Neil's letter. As I said the mail system here is not reliable. I just wanted to make you aware Your Honor. As a matter of fact I got this letter from their Law Firm today, the same time I got your letter Sir. I'm sorry about the tape, I was just disgusted after reading it. What I sent them is what I sent to you for my discovery Your Honor. Could I please get the opposing counsel's name and address so I can continue to prepare in case I have to go foward pro se. Is my discovery deadline now 45 days from 11-18-21 and if so can I add to it? My son has two discs with images of my brain I would like added to it but I'm unclear on how to do it. Can my son send the discs directly to the court? Thank you so much Your Honor. It is a relief to finally find someone to help me.

No. 4:21-CV-00122

Sincerely,
Robert J. Murray
Robert J. Murray



# O'Donnell
LAW OFFICES

267 Wyoming Avenue
Kingston, PA 18704
570.821.5717  fax 570.821.5799
www.odonnell-law.com

Neil T. O'Donnell, Esq.*#
Catherine R. O'Donnell, Esq.†
Michael A. O'Donnell, Esq.††
Gerard W. Gaughan, Esq. ᐃ

November 17, 2021

**LEGAL MAIL**

Robert J. Murray - #QA2794
SCI-Dallas
1000 Follies Road
Dallas, PA 18612
Attorney Control No.: S78281758
Secondary Authentication No.: 548776

**RE:** **MURRAY v. WYOMING COUNTY, et al.**

Dear Mr. Murray:

Your November 11, 2021 package has been received in our office. I note that this most recent shipment is addressed to Catherine O'Donnell of our office. Previously, you had written to both Neil O'Donnell and I on this matter. Both Mr. O'Donnell and I have previously responded to you respectfully declining representation on your intended legal actions versus Wyoming County and its various officials/agents.[1]

Unfortunately, we remain unable to assist you with your pending legal action. This letter reaffirms that O'Donnell Law Offices has respectfully declined representation on any legal causes of action you are currently pursuing or intend to pursue in the future.

I encourage you to contact another attorney or another law firm for assistance.

At this point, all lawyers affiliated with O'Donnell Law Offices have respectfully passed on representation on your legal matters. We are unable to assist and wish you well in bringing your legal matters to a satisfactory close.

I am enclosing with this letter all of the original documents you had sent to Catherine O'Donnell under cover of November 11, 2021. These are all originals and we have not retained copies.

---

[1] Neil O'Donnell had declined your case by letter dated September 8, 2021. Similarly, I had declined your case under letter dated October 27, 2021.

*Board Certified as a Civil Trial Advocate by the National Board of Trial Advocacy
#Board Certified as Civil Practice Advocate by the National Board of Trial Advocacy
†Also Admitted in District of Columbia and Attained M.B.A.
††Certified as a Specialist in the Practice of Workers' Compensation Law by the Pennsylvania Bar Association Section on Workers' Compensation Law as Authorized by the Pennsylvania Supreme Court.
ᐃAlso Admitted in New York and New Jersey