Mr. Welsh,                                    12-8-21
        I am in desperate need of the opposing counsel's name and address so I can try to obtain information that is pertinent to my discovery and case in general. So I can be better prepared in case I have to procede as my own counsel. Thank you for your time and consideration.

Case No. 4:21-CV-00122          Sincerely,
                                Robert Murray

                    FILED       Robert Murray
                WILLIAMSPORT

                    DEC 10 2021
        PER
                DEPUTY CLERK