IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT J. MURRAY, | No. 4:21-CV-00122 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| GENE CLARK, *et al.*, | |
| Defendants. | |

## ORDER

### JANUARY 5, 2022

**AND NOW**, upon consideration of written and telephonic notification from the Chair of the Federal Bar Association's Pro Bono Committee, Michael A. O'Donnell, that his attempt to secure pro bono counsel for Plaintiff has been unsuccessful, and in light of the Court's November 18, 2021 order[1] conditionally granting appointment of counsel and staying the current case management deadlines, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion (Doc. 27) for appointment of counsel, which had been conditionally granted, is **DENIED** due to inability to locate pro bono counsel. Plaintiff must proceed with his case *pro se* or obtain counsel on his own.

2. The 45-day stay entered on November 18, 2021, is **LIFTED**.

3. The current case management deadlines in this case, (*see* Doc. 19), are reset, as follows:

---

[1] Doc. 29.

      a.      Discovery shall be completed on or before March 8, 2022. In accordance with Local Rule of Court 5.4(b), the parties shall refrain from filing discovery requests with the Court.

      b.      On or before March 20, 2022, the parties shall NOTIFY the Court as to whether they are agreeable to mediation.

      c.      Dispositive motions, if any, shall be filed on or before April 8, 2022.

4. No further extensions of the pretrial schedule shall be granted absent good cause.[2]

5. The scheduling of a final pretrial conference and trial is deferred pending disposition of dispositive motions, if any.

                        BY THE COURT:

                        *s/ Matthew W. Brann*
                        Matthew W. Brann
                        Chief United States District Judge

---

[2] *See* FED. R. CIV. P. 16(b).