Mr. Welsh,             1-13-22

    I'm aware that judge Brann ordered that all parties shall refrain from filing discovery requests with the Court which was ordered on 1-5-22. My son has two discs with images of my brain that is pertinent to my discovery. They can't be sent here so I was hoping he could send them or bring them to you sir? I'm sorry to be asking you this and going against the judge's order but I don't know what else to do. Thank you.

Case No. 4:21-cv-00122

Sincerely
Robert Murray
*Robert J. Murray*

FILED
WILLIAMSPORT

JAN 18 2021

PER____NR____
DEPUTY CLERK