IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT J. MURRAY, | No. 4:21-CV-00122 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| GENE CLARK, *et al.*, | |
| Defendants. | |

## ORDER

**JANUARY 21, 2022**

**AND NOW**, upon consideration of Plaintiff's January 13, 2022 letter[1] to the Court, in which Plaintiff seeks permission to have supporting medical records mailed or delivered to the Court, and the Court noting that Plaintiff does not need permission to provide his own supporting records to the Court, and clarifying that the Court previously ordered that discovery *requests* directed at opposing parties should not be filed,[2] **IT IS HEREBY ORDERED** that Plaintiff's request to provide supporting records to the Court is **GRANTED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1] Doc. 33.
[2] *See* Doc. 19 ¶ 2.