IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT J. MURRAY, | No. 4:21-CV-00122 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| GENE CLARK, *et al.*, | |
| Defendants. | |

## ORDER

**FEBRUARY 18, 2022**

**AND NOW**, upon consideration of Plaintiff's motion[1] renewing his request for appointment of counsel, and the Court observing that appointment of counsel was conditionally granted but no *pro bono* counsel was able to be obtained,[2] **IT IS HEREBY ORDERED** that Plaintiff's motion (Doc. 39) for appointment of counsel is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1] Doc. 39.
[2] *See* Docs. 29, 32.