IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT J. MURRAY, | No. 4:21-CV-00122 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| GENE CLARK, *et al.*, | |
| Defendants. | |

## ORDER

**FEBRUARY 25, 2022**

**AND NOW**, upon consideration of Plaintiff's February 2, 2022 motion to compel discovery,[1] in which Plaintiff asserts that he has not received answers to his first set of interrogatories,[2] and in light of Defendants' response to Plaintiff's motion,[3] in which Defendants aver that they did not receive a copy of Plaintiff's interrogatories prior to being served with his motion to compel and that, even if they had, the instant case was stayed for potential appointment of counsel for Plaintiff,[4] and the Court observing that Defendants assert that they will respond to Plaintiff's discovery requests within the time allotted by the Federal Rules of Civil

---

[1] Doc. 36.
[2] *See id.*
[3] Docs. 42, 43.
[4] *See* Doc. 43 at 2; Doc. 29.

Procedure,[5] **IT IS HEREBY ORDERED** that Plaintiff's motion to compel (Doc. 36) is **DENIED**.

                                          BY THE COURT:

                                          *s/ Matthew W. Brann*
                                          Matthew W. Brann
                                          Chief United States District Judge

---

[5] Doc. 43 at 3-4.