Case 4:21-cv-00122-MWB-MP   Document 46   Filed 03/07/22   Page 1 of 3

FILED
WILLIAMSPORT
PER
MAR 07 2022
DEPUTY CLERK

Dear Mr. Brann Your Honor sir,           3-3-22

    I received your order dated 2-25-22 on March 1, 2022. It states the you denied my motion to compel. This was after you had already sent me an order granting my motion to compel which was dated 2-18-22. I don't understand Your Honor, one minute you granted my motion and then the next you denied it sir. And the reasoning is because the defendants claim they didn't receive my interrogatories, either set apparently. The first set didn't get mailed out until 12-27-21, not the 23rd as I originally thought. The 2nd set was mailed out on 2-7-22 not 2-5-22 as I previously thought. Isn't it possible Your Honor they just might be stalling. For the defense to claim that they didn't receive either set seems a little far fetched to me. I could see not getting one set, but both? And what about my request for production of documents that was mailed out on 1-25-22 Your Honor and also ignored. I have already mailed you a copy of this. Here are copies of the cash slips of the 3 items I mailed to the defense.

Sincerely,
Robert J. Murray
Robert J. Murray

Case # 4:21-CV-00122

| DC-138A | |
|---|---|
| **CASH SLIP** | COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF CORRECTIONS |

**1. REQUISITIONING INMATE**

| DOC NUMBER | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| QA2794 | Robert Murray | H-2 | 12-22-21 |

**2. ITEMS TO BE CHARGED TO MY ACCOUNT**

Newman Williams, P.C.
Attorneys At Law
P.O. Box 511
712 Monroe St.
Stroudsburg, PA., 18360

H BLOCK APPROVAL
☒ Signature Verified
☒ Identification Verified
                    12/22/21
Block CO Signature & Date

**3. INMATE'S SIGNATURE** — Robert J Murray

**4. OFFICIAL APPROVAL**

**5. BUSINESS OFFICE'S SPACE**

| CHARGE ENTERED | DATE | BOOKKEEPER |
|---|---|---|
| $ 1.30 | DEC 28 2021 | |

1st set of interrogatories

02

**DC-138A** | COMMONWEALTH OF PENNSYLVANIA
**CASH SLIP** | DEPARTMENT OF CORRECTIONS

**1. REQUISITIONING INMATE**

| DOC NUMBER | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| QA2794 | Robert Murray | H-2 | 2-4-22 |

**2. ITEMS TO BE CHARGED TO MY ACCOUNT**

Postage

Newman Williams, P.C.
P.O. Box 511
712 Monroe Street
Stroudsburg, PA. 18360
Attn.- Gerard Geiger, Esq.

H BLOCK APPROVAL
☑ Signature Verified
☑ Identification Verified
J. Miller 2-4-22
Block CO Signature & Date

2nd set of the interrogatories

**3. INMATE'S SIGNATURE** Robert Murray  **4. OFFICIAL APPROVAL**

**5. BUSINESS OFFICE'S SPACE**

CHARGE ENTERED $ 0.73    DATE FEB 07 2022    BOOKKEEPER

---

**DC-138A** | COMMONWEALTH OF PENNSYLVANIA
**CASH SLIP** | DEPARTMENT OF CORRECTIONS

**1. REQUISITIONING INMATE**

| DOC NUMBER | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| QA2794 | Robert Murray | H-2 | 1-23-22 |

**2. ITEMS TO BE CHARGED TO MY ACCOUNT**

Postage

Newman Williams, P.C.
Gerard J. Geiger Esq.
P.O. Box 511
712 Monroe St.
Stroudsburg, PA. 18360

H BLOCK APPROVAL
☑ Signature Verified
☑ Identification Verified
Coleman 1-23-22
Block CO Signature & Date

1st request for production of documents

**3. INMATE'S SIGNATURE** Robert Murray  **4. OFFICIAL APPROVAL**

**5. BUSINESS OFFICE'S SPACE**

CHARGE ENTERED $    DATE JAN 25 2022    BOOKKEEPER