IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT J. MURRAY, | No. 4:21-CV-00122 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| GENE CLARK, *et al.*, | |
| Defendants. | |

# ORDER

**MARCH 10, 2022**

**AND NOW**, upon consideration of Plaintiff's February 25, 2022 letter to the Court,[1] in which Plaintiff asserts that he has not received answers from Defendants to his discovery requests,[2] and it appearing that Plaintiff misunderstands the Court's February 18, 2022 Order,[3] which did not grant his motion to compel but instead simply ordered Defendants to provide the Court with a response to the discovery dispute raised in Plaintiff's motion to compel,[4] and further upon consideration of Plaintiff's March 3, 2022 letter to the Court,[5] in which Plaintiff again expresses confusion over this Court's February 18 Order and also intimates

---

[1] Doc. 45.
[2] *See id.*
[3] Doc. 41.
[4] *See id.*
[5] Doc. 46.

that Defendants may be "stalling" by intentionally delaying their discovery responses,[6] **IT IS HEREBY ORDERED** that:

1. If Plaintiff has a concern regarding discovery issues, he must comply with Local Rule of Court 26.3, which requires that—before filing discovery motions or requests with the Court—a party must "confer[] with counsel for the opposing party in a good faith effort to resolve by agreement the issues" disputed "without intervention of the Court." LOCAL RULE OF COURT 26.3.

2. Defendants have averred that they intend to comply with their obligations to respond to Plaintiff's discovery requests, (*see* Doc. 42), and the Court encourages Defendants to adhere to the time limits set forth in the applicable Federal Rules of Civil Procedure.

3. Should either party require additional time for discovery, that party shall file a motion for enlargement of time with the Court. *See* LOCAL RULE OF COURT 7.5.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[6] *See id.* at 1. The Court notes that the Federal Rules of Civil Procedure govern the time limitations for discovery responses, not the Local Rules of Court. *See, e.g.*, FED. R. CIV. P. 33(b)(2) (allowing for 30 days, in general, to respond to interrogatories); FED. R. CIV. P. 34(b)(2)(A) (allowing for 30 days, in general, to respond to requests for production of documents).