FILED WILLIAMSPORT
PER
APR 29 2021
NR
DEPUTY CLERK

In The United States District Court
For The Middle District Of Pennsylvania

Robert J. Murray,         No. 4:21-cv-00122
   Plaintiff,

V.

Gene Clark, et al.,
   Defendants.

My response to the order filed on April 18, 2022.

    Your Honor Sir, I really have no idea as to what you and the defense are referring to? The one and only time I ever filed a motion to amend my complaint was on 1-20-22. On 2-7-22 you granted the defendants motion to have my amended complaint stricken from the record. And I totally understood that Your Honor Sir. I don't know what the defense is trying to pull Your Honor but I certainly didn't file another motion to amend my complaint. And if I had I would've mailed it directly to you like I did on 1-20-22. And besides that Your Honor, if the statute of limitations were expired back on 1-20-22 they most certainly would be expired on 4-18-22. That 3 months later sir.

The only things I've sent to the defense this month is a request for 5 additional interrogatories directed to defendant Mirach in accordance with rule 33 of the Federal Rules of Civil Procedure. Which brings a total of 24 interrogatories directed to defendant Mirach. Also in accordance with rule 33. I've enclosed a copy of the interrogatories. As you can see Your Honor its titled. So there is no-way to mistake it for an amended complaint Your Honor. Its very clear I'm not looking to add 3 new defendants Sir. As it's also clear, all I want is sworn statements and answers to my questions concerning the events that took place during my medical emergency while I was in the Wyoming County jail. All my questions to the witnesses will pertain to what took place on 1-25-2019 and only that day. As it was the right of the defense to obtain my medical records under the rules of discovery, it is also my right to obtain vital information from people I deem as witnesses to the events that took place on 1-25-2019. Local Rules of Court 33.3 and 36.1 guarantee me that right. I've tried to get this information prior to the request that's enclosed with this response. The other things I sent were 2 sets of medical release forms, just to be sure the defense gets one of sets.

Verification

I have read the foregoing document and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Dallas, Pennsylvania on April 26, 2022

*Robert J. Murray*
Robert J. Murray

Case No. 4:21-cv-00122

Comm./PADOC
las QA2794
-Murray
33028
rsburg, FL. 33733

INMATE MAIL



US POSTAGE ʜᴀˢPITNEY BOWES

ZIP 18612 $ 000.53⁰
02 4W
0000385735 APR. 27. 2022

Case 4:21-cv-00122-MWB-MP   Document 55   Filed 04/29/22   Page 4 of 4

RECEIVED WILLIAMSPORT
APR 29 2022
NR
PER _____ DEPUTY CLERK

Office Of The Clerk
U.S. District Court
Middle District Of Pa.
U.S. Courthouse, Suite 218
240 West Third Street
Williamsport, Pa. 17701-6460

17701$6460 C002