Case 4:21-cv-00122-MWB-MP   Document 56   Filed 04/29/22   Page 1 of 4

FILED
WILLIAMSPORT
PER _____
APR 29 2021
N.R.
_____
DEPUTY CLERK

In the United States District Court
For the Middle District of Pennsylvania

Robert J. Murray
    Plaintiff

Plaintiff's request for supplemental answers to new interrogatories

V.

Sargent Mirach
    Defendant

Civil Action No. 4:21-CV-00122

In accordance with Rule 33 of the Federal Rules of Civil Procedure, Plaintiff requests that Defendant ~~Se~~ Sargent Mirach answer the following follow up interrogatories under oath, and that the answers be signed by the person making them and be served on plaintiff within 30 days of service of these interrogatories.

If you cannot answer the following interrogatories in full after exercising due diligence to secure the information to do so, so state and answer to the extent possible, specifying your inability to answer the remainder and stating whatever information or knowledge you have concerning the unanswered portions.

These interrogatories shall be deemed continuing, so as to require supplemental answers as new and different information materializes.

Supplemental set of interrogatories:

1. I still have not received my records from Prime Care Medical that you so desperately want released to you before I have a chance to review them first. Which I told you was absolutely not happening. I'm guessing you didn't mail the latest release form I sent to you. Which directed PrimeCare to release my records directly to me. If that is in fact what happened could you please mail me their address so I can obtain the records myself. I'm super excited to see all these medical and mental health records the defendants keep referring to. As soon as I receive my records I'll mail you a complete copy of them.

2. Identify and attach copies of any and all documents relating to the medical training and education that the county jail requires its corrections officers to have before they're hired. And proof of the on going training and education up to the date of 1-25-2019.

3. Where at in the jail do they conduct physical therapy for the inmates?

4. I need the full names and addresses of Corporal Rosenbaum and officer Pollock so I can send them affidavits. I plan to subpoena them as my witnesses at the jury trial you're demanding. I'm really quite excited for the trial sir.

5. I also need the full names and addresses of Corporal Wildenstein and officer Wibanks, I know his name is Michael but I still need his address so I too can send them affidavits. I also plan to subpoena them as my witnesses at the jury trial you're demanding. Again, I'm really quite excited for the trial sir.

Sincerely,
Robert J. Murray

Robert J. Murray QA2744
SCI-Dallas
1000 Follies Road
Dallas, Pa. 18612

Dated: April 12, 2022

comm./PADOC
las QA2794
-Murray
33028
rsburg, FL.
33733

INMATE MAIL



US POSTAGE ™ PITNEY BOWES
ZIP 18612 $ 000.53⁰
02 4W
0000385735 APR 27 2022



RECEIVED
WILLIAMSPORT
APR 29 2022
NR
PER ___ DEPUTY CLERK

Office Of The Clerk
U.S. District Court
Middle District Of Pa.
U.S. Courthouse, Suite 218
240 West Third Street
Williamsport, Pa. 17701-6460

17701$6460 C002