Exhibit P  Case 4:21-cv-00122-MWB-MP   Document 58   Filed 05/23/22   Page 1 of 4

FILED
WILLIAMSPORT
MAY 23 2021
PER
NR
DEPUTY CLERK

# PrimeCare Medical, Inc.

## REFUSAL TO CONSENT TO TREATMENT

Institution: WCCF  Location: A
Patient Name: Robert Murray  Patient #: 18536

I have been advised by Dr/PA/NP _____ that it is necessary for me to _____

pt c/o of headache + n/v yelled at cart told him
i'd call him down to medical + check his vitals
+ check him out. Pt. refusing to come to medical

The effect and nature of this treatment has been explained to me. Although I understand that my failure to follow this treatment may seriously impair my life or health, I nevertheless refuse to submit to the recommended treatment. I assume the risks and consequences of such refusal and release the above named physician, the institution and its employees or agents, and PrimeCare Medical, Inc. from any liability attributable to my refusal to accept the recommended treatment.

Reason For Refusal: C
  "I'm ok + I never

Or

____ Problem No Longer Exists

Patient Name: _____  Date: 1/25/19
Witness: CO A. ____
Witness: Navasha Burton LPN

PCM Forms Manual © 2008

Ref: 3588953 pg 3 of 6 for ROBERT MURRAY



The Choice for Quality Correctional Health Care

## APPROVAL OF PATIENT RECORD REQUEST

Patient: Robert Murray
Date of Birth: 12/05/1970
Facility: WCCF

We are in receipt of your request for a copy of your medical records. A copy of your records will be provided to you:

☐ From the medical department at the facility.

☒ From the corporate office.

Please be advised that you may have a copy of this information subject to the security regulations of the facility.

A copy of this form is being provided to jail administration.

Clerk: *Ashley Folkes*
Date: 04/19/2022

3940 Locust Lane • Harrisburg, PA 17109
(717) 545-5787 • 1-800-245-7277 • FAX: (717) 545-5491

Ref: 3588953 pg 5 of 6 for ROBERT MURRAY

| | | | |
|---|---|---|---|
| Patient: | MURRAY, ROBERT | Adm Date: | 1/25/2019 23:43 EST |
| MRN: | 1034086 | Dch Date: | 1/26/2019 04:40 EST |
| Account #: | PARS002949125 | Attending: | FREI,ANDREW S MD |
| Service Code: | EOP ER OUTPATIENT | Primary Care: | UNKNOWN PHY,PRIMARY CARE MD |
| Room #: | Bed #: | DOB/Sex: | 12/5/1970   Male |

## Emergency Documentation

Result Type:
Result Date:
Result Status:
Result Title:
Performed By:
Verified By:

ED Pre-Arrival Note
1/25/2019 23:44 EST
Auth (Verified)
ED Pre-Arrival Note
Dean,Kathleen Unit Secretary (1/25/2019 23:44 EST)
Dean,Kathleen Unit Secretary (1/25/2019 23:44 EST)

**ED Pre-Arrival Note**

### Pre-Arrival Summary

Name: CW,    Current Date: 01/25/2019 23:44:22 EST
Gender:
Date of Birth:
Age: 49 years
Pre-Arrival Type: EMS
ETA: 01/25/2019 23:55:00 EST
Primary Care Physician:
Presenting Problem: AMS/Vomiting
Pre-Arrival User: Dean, Kathleen  Unit Secretary
Referring Source:
Location: PRE
EMS Call Date/Time: 01/25/2019 23:25:00

## PreArrival Communication Form
## Regional Hospital of Scranton
## 746 Jefferson Avenue
## Scranton, PA 18510

**Additional Patient Information:**

Smart Communications/PADOC
SCI-Dallas
NAME Robert Murray
NUMBER QA2794
P.O. Box 33028
St. Petersburg, FL. 33733

RECEIVED
WILLIAMSPORT
MAY 23 2022
PER NR
DEPUTY CLERK

INMATE MAIL

US POSTAGE PITNEY BOWES
ZIP 18612 $ 000.53⁰
02 4W
0000385735 MAY 19 2022

Office Of the Clerk
U.S. District Court
Middle District of PA.
U.S. CourThouse, Suite 218
240 West third St.
Williamsport, Pa. 17701-6460

17701$6460 C002