In The United States District Court
For The Middle District of Pennsylvania

Robert J. Murray
    Plaintiff

        V.

Gene Clark
  Defendant

Motion for
Enlargement
of Time

Civil Action No. 4:21-CV-00122

FILED
WILLIAMSPORT
MAY 31 2021
NR
PER _____
DEPUTY CLERK

As I explained in my motion to compell, I don't see how I can be expected to meet the discovery deadline of June 8,$^{th}$ 2022. When I can't get any cooperation from the defense. I sent those signed release forms to the defense like you instructed me to do Your Honor and have heard nothing. With that, combined with what I listed in my motion to compell, the defense has left me no choice but to ask for this motion Your Honor. My witnesses I listed in my motion to compell are a very intracate part of my case Your Honor. Other than the information and records I'm waiting for the defense to produce, my discovery is ready and you have it already Your Honor. I'm ready for trial sir, if that's the next step.

Robert J. Murray
Robert J. Murray

Dated: May 26, 2022

Smart Communications/PADOC
SCI-Dallas
NAME *Robert J. Murray*
NUMBER *QA2794*
SCI Dallas
1000 Follies Rd
Dallas PA 18612

INMATE MAIL



US POSTAGE ™ PITNEY BOWES

ZIP 18612
02 4W
0000385735 MAY 27 2022
$ 000.53⁰

Office of the Clerk
U.S. District Court
Middle District of Pa.
U.S. Courthouse, Suite 218
240 West Third St.
Williamsport, Pa. 17701-6460

RECEIVED
WILLIAMSPORT

MAY 31 2022

PER _NL_
DEPUTY CLERK