IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT J. MURRAY, | No. 4:21-CV-00122 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| GENE CLARK, *et al.*, | |
| Defendants. | |

## ORDER

### JUNE 2, 2022

**AND NOW**, upon consideration of the Plaintiff's motion to extend the time for discovery and filing dispositive motions,[1] and for the reasons stated therein,[2] **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion (Doc. 60) for extension of the current case management deadlines is **GRANTED**.

2. Discovery shall be completed by <u>July 18, 2022</u>. The parties shall refrain from filing discovery requests with the Court.[3]

3. Dispositive motions, if any, shall be filed on or before <u>August 18, 2022</u>.

4. The scheduling of a final pretrial conference and trial is deferred pending disposition of dispositive motions, if any.

---

[1] Doc. 60.

[2] *See id.* Plaintiff appears to indicate that he has yet to receive copies of his medical records requested or subpoenaed by Defendants. *Id.* at 1. Defendants are admonished that, as they previously indicated they would provide copies to Plaintiff of any medical records received, they should supply Plaintiff with copies of those records free of charge as soon as practicable after receiving them.

[3] *See* LOCAL RULE OF COURT 5.4(b).

5. The parties shall indicate, as previously ordered,[4] whether they are agreeable to mediation in this case.  This notice shall be provided to the Court on or before <u>June 15, 2022</u>.

BY THE COURT:

<u>s/ Matthew W. Brann</u>
Matthew W. Brann
Chief United States District Judge

---

[4] *See* Doc. 32 at 2 ¶ 3(b).