In the United States District Court
For the Middle District Of Pennsylvania

FILED
WILLIAMSPORT
PER JUN 06 2022
DEPUTY CLERK

Robert J. Murray
   Plaintiff

v.

Sargent Ronald Murach
   Defendant

Plaintiff's request for supplemental answers to new interrogatories

Civil Action No. 4:21-cv-00122

In accordance with Rule 33 of the Federal Rules of civil procedure, Plaintiff request that Murach answer the following follow up interrogatories under oath, and that the answers be signed by the person making them and be served on plaintiff within 30 days of service of these interrogatories.

If you cannot answer the following interrogatories in full after exercising due diligence to secure the information To do so, state and answer to the extent possible, specifying your inability to answer the remainder and stating whatever information or knowledge you have concerning the unanswered portions.

The interrogatories shall be deemed continuing, so as to require supplemental answers as new and different information materializes.

Supplement set of interrogatories:

1. I still have not received my records from Prime Care Medical that you so desperately want released to you before I have a chance to review them first. Which I told you was absolutely not happening. I'm guessing you didn't mail the latest release form I sent you. Which directed PrimeCare to release my records directly to me. If that is in fact what happened could you please mail me their address so I can obtain the records myself. I'm super excited to see all these medical and mental health records the defendants keep referring to. As soon as I receive my records I'll mail you a complete copy of them.

2. Identify and attach copies of any and all documents relating to the medical training and education that the county jail requires its corrections officers to have before they're hired. And proof of the ongoing training and education up to the date of 1-25-2019.

3. Where at in the jail do they conduct physical therapy for the inmates?

4. I need the full names and addresses of Corporal Rosenbaum and officer Pollock so I can send them affidavits. I plan to ~~sup~~ subpoena them as my witnesses at the jury trial you're demanding. I'm really quite excited for the trial sir.

5. I also need the full names and addresses of Corporal Wildenstein and officer ~~Wilb~~ Wilbanks, I know his name is Michael but I still need his address so I can send them affidavits as well. I also plan to subpoena them as my witnesses at the jury trial you're demanding. Again, I'm really quite excited for the trial Sir.

Sincerely,
Robert J. Murray

Dated: April 12, 2022

Robert J. Murray QA2794
SCI-Dallas
1000 Follies Road
Dallas, Pa. 18612

Smart Communications/PADOC
SCI-Dallas
NAME Robert Murray
NUMBER QA2794

SCI Dallas
1000 Follies Rd
Dallas PA 18612

RECEIVED
WILLIAMSPORT
JUN 06 2022
PER _____ DEPUTY CLERK

INMATE MAIL

Office of the Clerk
U.S. District Court
Middle District of Pa.
U.S. Courthouse, Suite 218
240 West Third St.
Williamsport, Pa. 17701-6460

US POSTAGE ~ PITNEY BOWES
ZIP 18612 $ 000.53⁰
02 4W
0000385735 JUN. 02 2022