IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT J. MURRAY, | No. 4:21-CV-00122 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| GENE CLARK, *et al.*, | |
| Defendants. | |

## ORDER

**JUNE 7, 2022**

**AND NOW**, upon consideration of Plaintiff's motion[1] for leave to amend his complaint, in which Plaintiff seeks to add a claim for punitive damages against each Defendant,[2] and the Court observing that (1) Defendants have failed to timely respond to Plaintiff's motion and thus the motion is deemed unopposed,[3] (2) discovery has not yet closed, (3) Plaintiff has not exhibited undue delay or bad faith, and (4) courts "should freely give leave when justice so requires,"[4] **IT IS HEREBY ORDERED** that Plaintiff's motion to amend is **GRANTED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1] Doc. 57.
[2] *Id.* at 1.
[3] *See* LOCAL RULE OF COURT 7.6.
[4] FED. R. CIV. P. 15(a)(2).