In The United States District Court
For The Middle District of Pennsylvania

Robert J. Murray
  Plaintiff                No. 4:21-cv-00122

    v.

Gene Clark
  Defendants

My response to the mediation deadline of 6-15-22.

1. I am not interested in any mediation at the present time.

2. The order I just received dated for 6-2-22 is the first time I became aware of any mediation deadline. I never received any order about mediation in this case prior to the 6-2-22 order pertaining to the extension of the case management deadlines Your Honor Sir.

3. What I am interested in is a jury trial Sir.

Dated: June 10, 2022

Robert J. Murray
Robert J. Murray

Smart Communications/PADOC
SCI-Dallas
NAME Robert Murray
NUMBER QA2794

SCI Dallas
1000 Follies Rd
Dallas PA 18612

RECEIVED
WILLIAMSPORT
PER _____
JUN 14 2022
DEPUTY CLERK

INMATE MAIL

US POSTAGE PITNEY BOWES
ZIP 18612 $ 000.53
02 4W
0000385735 JUN 10 2022

Office of the Clerk
United States District Court
Middle District of Pa.
U.S. Courthouse, Suite 218
240 West Third St.
Williamsport, Pa. 17701-6460