

**GERARD J. GEIGER, ESQ.**

712 Monroe Street | Stroudsburg, PA 18360-2131
570.421.9090 | Fax 570.424.9739
ggeiger@newmanwilliams.com | newmanwilliams.com

June 15, 2022

Via ECF only

Chief Judge Matthew W. Brann
Herman T. Schneebeli Federal Bldg. & U.S. Courthouse
240 West Third Street
Suite 218
Williamsport, PA 17701

      RE:    **Robert J. Murray v. Gene Clark, et al.**
              **(No. 4:21-CV-00122-MWB-EBC)**

Dear Judge Brann:

In your order of June 2, 2022, you directed the parties to indicate whether they are agreeable to mediation by 6/15/2022. (Doc. No. 62). The defendants are not interested in mediating this dispute. We note that the pro se plaintiff has already rejected mediation. (Doc. No. 66).

Very truly yours,

Gerard J. Geiger

Cc: Robert Murray via 1st class mail