IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT J. MURRAY, | No. 4:21-CV-00122 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| GENE CLARK, *et al.*, | |
| Defendants. | |

## ORDER

### JULY 26, 2022

**AND NOW**, upon consideration of Plaintiff's June 6, 2022 motion to compel discovery,[1] in which Plaintiff asserts that he has not received answers to his supplemental interrogatories to defendant Mirach and has received incomplete or evasive answers on initial interrogatories,[2] and the Court observing that Defendants have not responded to said motion within 14 days as required by Local Rule of Court 7.6, **IT IS HEREBY ORDERED** that Defendants shall file a response to Plaintiff's motion (Doc. 63) on or before August 8, 2022, or the motion will be deemed unopposed.[3]

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1] Doc. 63.
[2] *See id.* at 1-2, 3-4.
[3] *See* LOCAL RULE OF COURT 7.6.