IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT J. MURRAY, | No. 4:21-CV-00122 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| GENE CLARK, *et al.*, | |
| Defendants. | |

## ORDER

### OCTOBER 11, 2022

**AND NOW**, upon consideration of Plaintiff's September 22, 2022 motion to compel discovery,[1] in which Plaintiff asserts that he has not received answers to his request for admissions from defendant Clark,[2] and the Court acknowledging that most (if not all) of Plaintiff's requests for admissions are actually phrased as additional interrogatories, and further acknowledging that Plaintiff has not submitted a brief in support of his motion to compel as required by Local Rule of Court 7.5, nevertheless, for the sake of moving this case forward, **IT IS HEREBY ORDERED** that:

1. Defendants shall file a response to Plaintiff's motion (Doc. 74) to compel on or before October 21, 2022.

---

[1] Doc. 74.
[2] *See id.* at 1.

2. The parties shall advise the Court whether additional time is needed for discovery or dispositive motions.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge