FILED
WILLIAMSPORT

NOV 10 2022

PER ___EA___
DEPUTY CLERK

In The United States District Court
For The Middle District Of Pennsylvania

Robert J. Murray
    Plaintiff

No. 4:21-cv-00122
Jury Trial Demanded

    V.

Jean Clark, et al.,
    Defendants

Motion to strike defendant's answers to the order compelling discovery. Filed on 10-21-22 (Defense Doc. 76)

The Plaintiff Robert J. Murray (Pro Se) move to strike defendant's answers to the order compelling discovery for the following reasons:

1. Discovery has been closed since 8-31-22, that is 68 days. So anything the defense or myself tries or wants to do regarding discovery is now moot.

2. I didn't ask for or agree to an enlargement of time.

Page: 1 of 2

3. I mistakenly filed a motion to compel discovery for my 2nd request for addmissions on 9-19-22. I wish to withdraw that motion because I was well past the discovery deadline of 8-31-22. Therefore that motion should be dismissed as moot as the defense suggests.

4. For the reasons set forth in my supporting brief, myself, the plaintiff requests that the court strike the defendant's answers to my request for admissions and deem them as admitted. Pursuant to Rule 36 (a)(3) of the Federal Rules of Civil Procedure.

    Wherefore, the Plaintiff Robert J. Murray (Pro Se) ask that the court strike the Defendants answers to my 2nd request for admissions. Document 76-1 filed on 10-21-22.

By: Robert J. Murray
Robert J. Murray
Pro Se

Date: November 7, 2022



US POSTAGE $001.92
ZIP 18612
NOV 06 2022

INMATE MAIL

Smart Comm/PADOC
SCI-Dallas
Robert Murray QA-1794
P.O. Box 33028
St. Petersburg, Fl. 33733

Office of the Clerk
U.S. District Court
Middle District of Pa.
U.S. Courthouse, Suite 218
240 West Third Street
Williamsport, Pa. 17701-6460

RECEIVED
WILLIAMSPORT
NOV 10 2022
PER ___EA___ DEPUTY CLERK