FILED
WILLIAMSPORT

NOV 10 2022

PER____ER____
DEPUTY CLERK

Mr. Welsh,    10-31-22

　　I'm sorry to bother you Sir, but could you please send me an up to date docket sheet of my case. If this $4.00 check is not enough please let me know. Or if it's more than enough Mr. Welsh, donate the remainder to whatever cause possible. If you can't donate it and have to mail me a check back, it has to be sent to the business office. Thank you for your help.

Sincerely,
Robert J. Murray
Robert J. Murray

Case #: 4:21-cv-00122

**STATE CORRECTIONAL INSTITUTION**
INMATE GENERAL WELFARE FUND
1000 FOLLIES RD
DALLAS, PENNSYLVANIA 18612-9515

PNC BANK
PNC Bank, N.A.
Northeast PA
60-1/313
030

80289

11/7/2022

PAY TO THE ORDER OF: CLERK OF COURT US DISTRICT COURT MIDDLE DISTRICT OF PA

Four and 00/100

$ ***4.00

VOID AFTER 60 DAYS

DOLLARS

MEMO QA2794 Murray

AUTHORIZED SIGNATURE
BUSINESS MANAGER

⑆ Security features. Details on back.

⑈080289⑈ ⑆031031313⑆ 4000565522⑈

CI-Dallas
Robert Murray QA2794
P.O. Box 33028
St. Petersburg, Fl. 33733

RECEIVED
WILLIAMSPORT
NOV 10 2022
PER EA
DEPUTY CLERK

LEHIGH VALLEY PA 180
8 NOV 2022 PM 4 L

Peter Welsh, Clerk of Court
U.S. District Court
Middle District of PA.
U.S. Courthouse, Suite 218
240 West Third Street
Williamsport, Pa. 17701-6460

17701-646059

"Inmate Mail PA DEPT OF CORRECTIONS"

