IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT J. MURRAY, | No. 4:21-CV-00122 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| GENE CLARK, *et al.*, | |
| Defendants. | |

# ORDER

### NOVEMBER 29, 2022

**AND NOW**, upon consideration of Plaintiff's motion to proceed to jury trial,[1] in which Plaintiff asks the Court to "proceed directly to Jury Trial,"[2] and the Court observing that the discovery deadline in this case has been advanced to February 1, 2023, and the dispositive motion deadline has been advanced to March 17, 2023,[3] **IT IS HEREBY ORDERED** that Plaintiff's motion to proceed to jury trial (Doc. 82) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1] Doc. 82.
[2] *See id.*
[3] *See* Doc. 77 ¶¶ 4, 5.