Mr. Welsh, 3-12-23

Could you please send me a copy of updated dockett sheets for my pending civil case. My case number is #4:21-cv-00122. If the $4.00 I sent is to much, please donate the rest. Thankyou.

Sincerely,
Robert J. Murray
Robert J. Murray

FILED
WILLIAMSPORT

MAR 24 2023

PER ___EH___
DEPUTY CLERK

Smyl Cormy/ PA DOC
SCI-Dallas
Robert Murray QA2794
P.O. Box 33028
St. Petersburg, Fl. 33733

**RECEIVED**
**WILLIAMSPORT**
MAR 24 2023
PER ___EA___
DEPUTY CLERK



LEHIGH VALLEY PA 180
22 MAR 2023 PM 4 L

Clerk of Courts
Peter Welsh
U.S. District Court
Middle District of Pa.
240 West Third Street
Williamsport, Pa. 17701-6460

17701-545099

"Inmate Mail - PA DEPT. OF CORRECTIONS"