Case 4:21-cv-00122-MWB-MP   Document 85   Filed 05/16/23   Page 1 of 2

FILED
WILLIAMSPORT
MAY 16 2023
PER EA
DEPUTY CLERK

5-10-23

Mr. Welsh,

I just want to remind the court my address has changed as of April 26, 2023. Before I was released from SCI-Dallas I sent the court a motion for an extension, not because I'm unprepared because I've been ready for trial for a long time. Since I'm out of prison I was hoping for a enlargement of time so I could possibly find me an attorney to help me better present my complexed case to the court and jury at trial. The reason for this letter is to make sure the court is well aware of my new address. God knows the mail system at that prison is far from reliable. Thank you for your time.

Sincerely,
Robert J. Murray
Robert J. Murray
No. #4:21-CV-00122

My New Address:

Robert J. Murray
301 E. Erie Avenue
Philadelphia, Pa. 19134

101 E. Erie Ave
Philadelphia, Pa.
19134

PHILADELPHIA PA 190
12 MAY 2023 PM 7 L



RECEIVED
WILLIAMSPORT
MAY 16 2023
PER ___FA___
   DEPUTY CLERK

Clerk of Court, Peter Welsh
U.S. District Court
Middle District of Pa.
U.S. Courthouse Suite 218
240 West Third St.
Williamsport, Pa. 17701-6460

17701-646099