FILED
WILLIAMSPORT

MAY 25 2023

PER _____ FA
DEPUTY CLERK

5-19-23

Mr. Welsh,

    Could you please send me a copy of the latest dockett sheets for my case. I've enclosed a four dollar money order to cover the cost. Thankyou.

Case # 4:21-cv-00122

Sincerely,

Robert J. Murray

Robert J. Murray

My address:

301 E. Erie Ave.
Philadelphia, Pa. 19134

My cell # 215-459-8063

rt Murray
5. Erie AVE.
delphia, Pa. 19134



RECEIVED
WILLIAMSPORT

MAY 25 2023

PER_____
DEPUTY CLERK

Clerk of Courts
Peter Welsh
U.S. District Court
Middle District of Pa.
240 West Third St. suite 218
Williamsport, Pa. 17701-6460

17701-648099