IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT J. MURRAY, | No. 4:21-CV-00122 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| GENE CLARK, *et al.*, | |
| Defendants. | |

## ORDER

**JULY 19, 2023**

**AND NOW**, upon consideration of Plaintiff's motion to proceed to jury trial,[1] and the Court observing that on July 3, 2023, this case was stayed for 60 days while *pro bono* counsel is sought,[2] **IT IS HEREBY ORDERED** that Plaintiff's motion to proceed to jury trial (Doc. 88) is **GRANTED** to the extent that, if *pro bono* counsel cannot be located, the Court will set a pretrial conference and trial date certain following the expiration of the stay in this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1] Doc. 88.
[2] *See* Doc. 87. It is likely that Plaintiff did not receive a copy of this Court's July 3, 2023 Order staying this case because he failed to update the Court with his new address. *Compare* Doc. 85, *with* Doc. 88 at 3. Plaintiff is admonished that he must notify the Court immediately if his mailing address changes.