Mr. Welsh,

    My name is Robert Murray, I have a 1983 lawsuit pending in your court, case # 4:21-CV-00122. I have recently moved from 301 E. Erie Ave. Philadelphia, Pa. 19134 to my new address of 4716 Leiper Street Philadelphia, Pa. 19124. I have also enclosed a $4.00 money order to cover the costs of new docket sheets that I desperately need Sir. Thankyou for your time.

                              Sincerely,
                              Robert J. Murray
                              */s/ Robert J. Murray*

FILED
WILLIAMSPORT

JUL 27 2023

PER   EA
       DEPUTY CLERK

Dated: July 13, 2023

Robert Murray
4716 Leiper St.
Philadelphia, Pa. 19124



RECEIVED
WILLIAMSPORT
JUL 27 2023
PER __EA__ DEPUTY CLERK

U.S. District Court
Middle District of Pa.
U.S. Courthouse, Suite 218
240 West Third St.
Williamsport, Pa. 17701-6460

17701$6460 C002

Inmate Mail - PA DEPT. OF CORRECTIONS