Dear Mr. Welsh,

Please do not send anymore correspondence to my son Eric Murray at 4422 River St. Scio, N.Y. 14880. We are now estranged and have been. Plus the P.O.A. ran out along time ago. Now that I'm no longer in prison, any correspondence can be directly sent to me at the address below. Thank you for your time Mr. Welsh.

4716 Leiper St.
Philadelphia, Pa. 19124

Sincerely,
Robert J. Murray
Robert J. Murray

Case #4:21-CV-00122

FILED
WILLIAMSPORT

JUL 31 2023

PER_____ EA _____
DEPUTY CLERK

Dated: 7-27-23

716 Leiper St.
Philadelphia, Pa.
19124

PHILADELPHIA PA

28 JUL 2023



★ USA ★ FOREVER

RECEIVED
WILLIAMSPORT

JUL 31 2023

PER ___EA___
DEPUTY CLERK

Office of the Clerk
Peter Welsh
U.S. District Court
Middle District of Pa.
U.S. Courthouse, Suite 218
240 West Third St.
Williamsport, Pa. 17701-6460

17701-646099

"Inmate Mail - PA DEPT. OF CORRECTIONS"