

**President**
Casey A. Coyle
Babst Calland
Two Gateway Center
Pittsburgh, PA 15222
Phone: (412) 394-5400
ccoyle@babstcalland.com

**President-Elect**
Keli M. Neary
Office of Attorney General
Civil Law Division
15th Floor, Strawberry Square
Harrisburg, PA 17120
Phone: (717) 787-1180
kneary@attorneygeneral.gov

**Vice President/Pro Bono Chair**
Michael A. O'Donnell
O'Donnell Law Offices
267 Wyoming Avenue
Kingston, PA 18704
Phone: (570) 821-5717
Michael@odonnell-law.com

**Treasurer**
Sara Myirski
Buchanan Ingersoll & Rooney, P.C.
409 N. Second Street
Suite # 500
Harrisburg, PA 17101-1357
Phone: (717) 237-4860
Sara.myirski@bipc.com

**Secretary**
K. Wesley Mishoe
Tucker Arensberg
300 Corporate Center Drive, Suite 200
Camp Hill, PA 17011
Phone: (717) 221-7961
wmishoe@tuckerlaw.com

**Immediate Past President**
Jonathan D. Koltash
Governor's Office of General Counsel
320 Strawberry Square
Bowman Tower, Fl. 3
Harrisburg, PA 17101
Phone: (717) 703-2951
jkoltash@pa.gov

<u>**VIA ECF**</u>

September 5, 2023

Honorable Matthew W. Brann, Chief Judge
District Court Judge
United States District Court for the
Middle District of Pennsylvania

   Re: <u>**MURRAY v. CLARK, et al.**</u>
     **Civil Action No. 4:21-CV-122**
     *Pro Bono Referral Status Report*

Dear Chief Judge Brann:

 Kindly recall that the above-referenced matter is before the *pro bono* committee for the United States District Court for the Middle District of Pennsylvania for volunteer counsel placement efforts pursuant to Your Honor's Order of July 3, 2023 (Doc. 87).

 While we did have several volunteers consider the matter, regrettably, the committee was ultimately unsuccessful in achieving a final placement. The committee considers the matter closed for placement at this time. If we can be of further assistance to the Court, please contact us at your convenience.

 Thank you.

           Respectfully Submitted,

           Michael A. O'Donnell,
           Committee Chair