Mr. Welsh,

I recently moved from my prior address of 4716 Leiper St. Philadelphia, Pa. 19124. I now reside at 1338 W. Hunting Park Ave, Philadelphia PA. 19140. If the court mailed me anything within the past couple weeks to my prior address I'm asking the court to resend any such mail to my new address of 1338 W. Hunting Park Ave. The mail was being stolen from my old address. I've also enclosed a money order for $4.00 to cover the cost of new dockett sheets. I appreciate your time and understanding Sir.

New Address:
1338

Sincerely,
Robert J. Murray
Robert J. Murray
Plaintiff
Case No.# 4:21-CV-00122
Phone# 215-979-6981

Dated: 9-27-23

FILED
WILLIAMSPORT

SEP 29 2023

PER_____EA_____
DEPUTY CLERK

Robert Murray
338 W. Hunting Park Ave
Philadelphia, Pa. 19140

PHILADELPHIA PA 190
27 SEP 2023 21 8 L

RECEIVED
WILLIAMSPORT
SEP 29 2023
PER EH
DEPUTY CLERK

U.S. District Court
Middle District of Pa.
U.S. Courthouse, Suite 218
240 W. Third Street
Williamsport, Pa. 17701-6460

17701-646099