4:21-cv-00122 MWB

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT J. MURRAY,

    Plaintiff,

V.

GENE CLARK, et al.,

    Defendants.

FILED
WILLIAMSPORT

NOV 06 2023

PER _EA_
DEPUTY CLERK

PLAINTIFF'S new motion for appointment of counsel.

For the following reasons:

1) Plaintiff is aware his previous STAY for appointment of counsel is over.

2) Plaintiff also realizes and assumes that Attorney O'Donnell was again unable to find pro bono counsel to represent me. That don't surprise me since he was unable to find counsel for me on his prior attempts. It really baffles me not one attorney is interested in my case. It must be because it's on a pro bono basis. I'm no lawyer but I've done my homework and I have a pretty strong case and obviously the court thinks my case is not FRIVOLOUS and has merit. Considering the court has attempted to find counsel on multiple occasions.

3) Plaintiff is asking the court to consider where he lives, which is 2 ½ hours from where Mr. O'Donnell has attempted to find counsel, which I greatly appreciate the court's efforts and Mr. O'Donnell's efforts.

4) Plaintiff is now asking the court if it's possible for Your Honor to attempt to find me counsel in my area. My address is 1338 W. West Hunting Park Ave. Philadelphia, Pa. Philadelphia County.

5) Plaintiff also understands that may be against the rules of the court and that's my bad luck if in fact it is.

6) Plaintiff also wants Your Honor to know that he is ready for trial and has been for over a year now. He would prefer though to have counsel take over for the trial. PLAINTIFF is prepared trial Your Honor I'm just not sure how to present my case to the jury and that really worries and frankly scares me.

7) With the reasons for which I've stated I ask the court to consider my motion. If the court cannot, I ask Your Honor to set a pretrial conference and trial date. So I can depose and or subpoena my witnesses. Not real sure if I'm even saying that right Your Honor.

*Robert J. Murray*

Dated: November 1, 2023                                                        Robert J. Murray, (Pro Se)

1338 W. Hunting Park Ave
Philadelphia, Pa. 19140

PHILADELPHIA PA 190

3 NOV 2023 PM 9 L



RECEIVED
WILLIAMSPORT

NOV 06 2023

PER  EH
DEPUTY CLERK

United States District Court
Middle District of Pennsylvania
U.S. Courthouse, Suite 218
240 West Third Street
Williamsport, Pa. 17701-6460

17701$6460 C002