FILED
WILLIAMSPORT

NOV 13 2023

PER ___EA___
DEPUTY CLERK

To Whom It May Concern,

Parole finally approved my home plan. Therefore I have to ask the court to send any and all future correspondence to my new address, which I have listed below. Also any correspondence the court may have mailed within the past 10 days from the date of this letter, if the court would please resend any such mail to the address below. Thank you for your time and cooperation, its greatly appreciated.

New Address:
Robert J. Murray
2746 Wolf Springs Rd.
Scio, N.Y. 14880

Sincerely,
Robert J. Murray
*Robert J. Murray*
Pro Se

Dated: November 9, 2023

Case # 4:21-CV-00122

2746 Wolf Springs Rd.
Scio, N.Y. 14880

PHILADELPHIA PA 190

10 NOV 2023 PM 7 L



RECEIVED
WILLIAMSPORT
NOV 13 2023
PER ___EA___
DEPUTY CLERK

U.S. District Court
Middle District of Pennsylvania
U.S. Courthouse, Suite 218
240 West Third Street
Williamsport, Pa. 17701-6460

17701-646099