IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT J. MURRAY, | No. 4:21-CV-00122 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| GENE CLARK, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 28th day of December 2023, upon consideration of the issues presented in this matter, as well as the procedural posture of this case,[1] and it appearing that this case is appropriate for referral to the Prisoner Litigation Settlement Program, **IT IS HEREBY ORDERED** that:

1. This case is **REFERRED** to the Court's Prisoner Litigation Settlement Program.

2. Joseph Barrett, Esquire, ADR Coordinator for the Middle District of Pennsylvania, is **APPOINTED** to serve as mediator.

3. All settlement discussions are CONFIDENTIAL and may not be utilized by any party if settlement is not reached.

4. The parties shall complete mediation with 90 days of the date of this Order or shall inform the Court if additional time is necessary.

---

[1] This case has been pending for several years. No motion for summary judgment was filed by either party and, although the Court made repeated attempts, pro bono counsel could not be located for Plaintiff (who is proceeding *pro se*). Trial has not been scheduled but would be the next step if the parties cannot resolve their dispute through mediation.

5. The mediator shall promptly notify the Court in writing regarding the results of mediation.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge